Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org

*Motion for admission *pro hac vice* forthcoming

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **JANE ROE, JANE POE, JANE DOE**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**RAÚL LABRADOR**, et al.,<br><br>*Defendants*. | Case No. 1:24-cv-00306-CWD<br><br>**EMERGENCY HEARING REQUESTED**<br><br>**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER, PROVISIONAL CLASS CERTIFICATION AND PRELIMINARY INJUNCTION** |

Plaintiffs move this Court, under Federal Rule of Civil Procedure 65, for a temporary restraining order and provisional class certification on an emergency basis to prevent imminent physical and psychological harm to transgender individuals in the custody of the Idaho Department of Corrections. Plaintiffs request that the Court preserve the status quo by prohibiting the Defendants, as well as their officers, agents, employees, and any person who is in active concert with them, from enforcing H.B. 668, specifically Idaho Code 18-8901 ¶¶ 1, 2, 5-7, which goes into immediate effect on Monday, July 1, as to Plaintiffs and the Putative Class of transgender individuals incarcerated at Idaho State prison facilities. The provisions of HB 668 at issues prohibit the use of public funds and public facilities for gender-affirming medical care for transgender adults at state correctional facilities. The purpose of this motion is to preserve the status quo and allow Plaintiffs and the Putative Class to continue receiving their medically necessary hormone treatments. Counsel for Plaintiffs notified Defendants of these concerns well in advance of the statute's effective date and attempted to negotiate a short-term non-enforcement agreement with Defendants to prevent the need for this motion. Defendants refused such an agreement on June 26, 2024, necessitating this motion.

The Plaintiffs also move this Court for an order waiving the requirement for bond or security from them. Plaintiffs also move this Court for a preliminary injunction but request the Court allow the parties to agree to a briefing schedule for the preliminary injunction.

This motion is based on the memorandum of law in its support and the declarations filed with it, as well as the Complaint (Dkt. 1). Plaintiffs make this motion on the grounds that the provisions of House Bill 668 are unconstitutional under the Eighth Amendment, as set out in the accompanying memorandum of law. Plaintiffs' counsel is aware of some of the counsel

for Defendants and will provide them with copies of the Complaint and TRO papers upon filing

Date:     June 28, 2024                                              Respectfully submitted,

                                                                     /s/ *Paul C. Southwick*
                                                                     Paul C. Southwick