RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

JAMES J. SIMERI, ISB #12332
GREGORY E. WOODARD, ISB #11329
MATTHEW L. MAURER, ISB #12575
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
james.simeria@ag.idaho.gov
greg.woodard@ag.idaho.gov
matthew.maurer@ag.idaho.gov

*Attorneys for Defendants Raúl Labrador, in his official capacity as Attorney General of the State of Idaho; Brad Little, in his official capacity as Governor of the State of Idaho, Josh Tewalt, in his official capacity as the Director of the Idaho Department of Corrections; and Bree Derrick, in her official capacity as the Deputy Director of IDOC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANE ROE, JANE POE, JANE DOE,<br><br>*Plaintiffs,*<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; BRAD LITTLE, in his official capacity as Governor of the State of Idaho, JOSH TEWALT, | Case No. 1:24-cv-00306-CWD<br><br>**NOTICE OF APPEARANCE** |

| |
|---|
| in his official capacity as the Director of the Idaho Department of Corrections; BREE DERRICK, in her official capacity as the Deputy Director of IDOC; Centurion of Idaho, LLC; Centurion Health, <br><br>     *Defendants.* |

  NOTICE IS HEREBY GIVEN that Gregory E. Woodard, deputy attorney general, does hereby appear as an attorney of record on behalf of Raúl Labrador, in his official capacity as Attorney General of the State of Idaho; Brad Little, in his official capacity as Governor of the State of Idaho, Josh Tewalt, in his official capacity as the Director of the Idaho Department of Corrections; and Bree Derrick, in her official capacity as the Deputy Director of IDOC. All future pleadings, submissions, and correspondence should be addressed to Gregory E. Woodard as counsel for Defendants Raúl Labrador, in his official capacity as Attorney General of the State of Idaho; Brad Little, in his official capacity as Governor of the State of Idaho, Josh Tewalt, in his official capacity as the Director of the Idaho Department of Corrections; and Bree Derrick, in her official capacity as the Deputy Director of IDOC.

  DATED: June 28, 2024.

           STATE OF IDAHO
          OFFICE OF THE ATTORNEY GENERAL


         By:  /s/ *Gregory E. Woodard*
           GREGORY E. WOODARD
           Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Paul Carlos Southwick<br>psouthwick@acluidaho.org | Malita Picasso*<br>mpicasso@aclu.org |
| Emily Myrei Croston<br>ecroston@acluidaho.org | Chase B. Strangio*<br>cstrangio@aclu.org |
| *Attorneys for Plaintiff* | **motion for pro hac vice forthcoming* |

/s/ *Gregory E. Woodard*
GREGORY E. WOODARD