RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

JAMES J. SIMERI, ISB #12332
GREGORY E. WOODARD, ISB #11329
MATTHEW L. MAURER, ISB #12575
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
james.simeria@ag.idaho.gov
greg.woodard@ag.idaho.gov
matthew.maurer@ag.idaho.gov

*Attorneys for Defendants Raúl Labrador,
in his official capacity as Attorney General
of the State of Idaho; Brad Little, in his official
capacity as Governor of the State of Idaho;
Josh Tewalt, in his official capacity as the
Director of the Idaho Department of Corrections;
and Bree Derrick, in her official capacity as
the Deputy Director of IDOC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANE ROE, *et al.*<br><br>　　　　　　*Plaintiffs,*<br><br>　　v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; *et al.*<br><br>　　　　　　*Defendants.* | Case No. 1:24-cv-00306-CWD<br><br>**JURY-TRIAL DEMAND** |

JURY-TRIAL DEMAND — 1

As authorized by Rule 38 of the Federal Rules of Civil Procedure, Defendants Raúl Labrador, in his official capacity as Attorney General of the State of Idaho; Brad Little, in his official capacity as Governor of the State of Idaho; Josh Tewalt, in his official capacity as the Director of the Idaho Department of Corrections; and Bree Derrick, in her official capacity as the Deputy Director of IDOC demand a jury on all issues so triable.

DATED: June 28, 2024.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

By: /s/ *James J. Simeri*
      JAMES J. SIMERI
      Deputy Attorney General

## **CERTIFICATE OF SERVICE**

I Hereby Certify that on June 28, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Paul Carlos Southwick
psouthwick@acluidaho.org

Emily Myrei Croston
ecroston@acluidaho.org

*Attorneys for Plaintiff*

Malita Picasso*
mpicasso@aclu.org

Chase B. Strangio*
cstrangio@aclu.org

**motion for pro hac vice forthcoming*

　　　　　　　　　　　　　　　　/s/ *James J. Simeri*
　　　　　　　　　　　　　　　　James J. Simeri