RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

JAMES J. SIMERI, ISB #12332
GREGORY E. WOODARD, ISB #11329
MATTHEW L. MAURER, ISB #12575
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
james.simeri@ag.idaho.gov
greg.woodard@ag.idaho.gov
matthew.maurer@ag.idaho.gov

*Attorneys for Defendants Raúl Labrador, in his official capacity as Attorney General of the State of Idaho; Brad Little, in his official capacity as Governor of the State of Idaho, Josh Tewalt, in his official capacity as the Director of the Idaho Department of Corrections; and Bree Derrick, in her official capacity as the Deputy Director of IDOC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JANE ROE, et al.<br><br>      *Plaintiffs,*<br>  v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; et al.<br><br>      *Defendants.* | Case No. 1:24-cv-00306-CWD<br><br>**MOTION FOR HEARING AND BRIEFING SCHEDULE** |

Defendants Raúl Labrador, in his official capacity as Attorney General of the State of Idaho; Brad Little, in his official capacity as Governor of the State of Idaho, Josh Tewalt, in his official capacity as the Director of the Idaho Department of Corrections; and Bree Derrick, in her official capacity as the Deputy Director of IDOC, ("the State Defendants") move for an order that schedules Plaintiffs' Motion for Temporary Restraining Order for hearing no earlier than Tuesday, July 2, 2024. The State Defendants also request that the Court afford them the opportunity to file papers in opposition to Plaintiff's motion before any scheduled hearing.

Plaintiffs did not file their complaint or TRO motion until this afternoon, Friday, June 28. But their TRO motion is not premised on some late-breaking emergency development. Governor Little signed House Bill 668 back on March 27, 2024. And as early as March 22, 2024, the ACLU, Plaintiffs' lawyers, issued a press release that condemned the Idaho Senate's passage of the bill.[1]

Plaintiffs could have filed suit at any time since Governor Little signed the bill. For example, in *Poe v. Labrador*, Case No. 1:23-cv-00269-BLW, 2023 WL 8935065 (Dec. 26, 2023), the plaintiffs challenged Idaho's Vulnerable Child Protection Act. The statute was scheduled to take effect on January 1, 2024. Those plaintiffs did not wait until New Years' Eve, and then move for a TRO. Instead, they sued on May 31, 2023, and the Court held a preliminary-injunction hearing on November 6, 2023.

Here, Plaintiffs have chosen a different course. If Plaintiffs now believe there is an emergency, Plaintiffs themselves have created it by their own inexplicable

---

[1] https://www.acluidaho.org/en/press-releases/aclu-idaho-condemns-hb-668-passing-senate-floor

MOTION FOR HEARING AND BRIEFING SCHEDULE — 2

delay. In response, the State Defendants request a reasonable opportunity to review Plaintiffs' allegations and prepare a response to their TRO motion. The State Defendants respectfully suggest that this may assist the Court in making a just determination.

Therefore, the State Defendants request (1) that the Court schedule a hearing on Plaintiffs' Motion for Temporary Restraining Order no earlier than Tuesday July 2; (2) that the State Defendants be granted until the date of any hearing to file their response in opposition; (3) and all other relief that is just.

DATED:  June 28, 2024

                  STATE OF IDAHO
                  OFFICE OF THE ATTORNEY GENERAL

By:   /s/ James J. Simeri
      JAMES J. SIMERI
   Deputy Attorney General

## **CERTIFICATE OF SERVICE**

I CERTIFY that on June 28, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Paul Carlos Southwick<br>psouthwick@acluidaho.org | Malita Picasso*<br>mpicasso@aclu.org |
| Emily Myrei Croston<br>ecroston@acluidaho.org | Chase B. Strangio*<br>cstrangio@aclu.org |
| *Attorneys for Plaintiff* | **motion for pro hac vice forthcoming* |

    /s/ *James J. Simeri*
    JAMES J. SIMERI