

# Idaho Department of Correction

*Protect the public, our staff and those within our custody and supervision*

**BRAD LITTLE**
Governor

**JOSH TEWALT**
Director

---

*Sent via e-mail*

June 11, 2024

Paul C. Southwick
Legal Director
ACLU of Idaho
P.O. Box 1897
Boise, Idaho 83701
psouthwick@acluidaho.org

Dear Mr. Southwick,

I have received your letter dated June 3, 2024, regarding HB 668. I am reviewing HB668 and its possible impact on IDOC operations with the Office of the Attorney General and the IDOC leadership team. Further information on this topic will be communicated once the department has a better understanding of how to operationalize compliance with Idaho law.

Sincerely,

Josh Tewalt
Director

cc: Alan Hurst, Deputy Attorney General, State of Idaho