| | |
|---|---|
| **From:** | Paul Southwick - he/him/his |
| **To:** | Magnelli, Karin; cmh@dukeevett.com |
| **Cc:** | Chase Strangio; Emily Croston - she/her |
| **Bcc:** | Paul Southwick - he/him/his |
| **Subject:** | RE: Demand Letter regarding HB 668 |
| **Date:** | Monday, June 17, 2024 1:25:00 PM |
| **Attachments:** | image001.png |
| | image002.png |

Karin & Christina:

The effective date of HB 668 is fast approaching and transgender individuals in state prisons will soon lose access to medically necessary treatments. Enforcement of HB 668 in state prisons clearly violates the 8th amendment and gives rise to damages claims against IDOC and Centurion. A short-term non-enforcement agreement could limit IDOC and Centurion's liability for damages, and would prevent severe harm to transgender individuals in state prisons. Are you available for a call this week to discuss a potential arrangement along these lines? Please advise of your availability as soon as possible. While I am out of the office most of this week, I will make time for this call. Chase and Emily will join from our side as well.

Paul

**Paul Carlos Southwick (he/him)**
**Legal Director**
American Civil Liberties Union of Idaho
P.O. Box 1897, Boise, ID 83701
E-mail: psouthwick@acluidaho.org
Website: www.acluidaho.org



**DONATE** | **BECOME A MEMBER**

This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties. The views and opinions expressed in this communication do not necessarily reflect the official positions of the staff, management and directors of the American Civil Liberties Union of Idaho, the American Civil Liberties Union Foundation of Idaho, American Civil Liberties Union, the American Civil Liberties Union Foundation, its affiliates, or its chapters.

**From:** Magnelli, Karin <kmagnell@idoc.idaho.gov>
**Sent:** Monday, June 3, 2024 4:20 PM
**To:** Paul Southwick - he/him/his <PSouthwick@acluidaho.org>; Tewalt, Josh <jtewalt@idoc.idaho.gov>; Anderson, Miriam <mianders@idoc.idaho.gov>
**Cc:** Chase Strangio <cstrangio@aclu.org>
**Subject:** RE: Demand Letter regarding HB 668

**This Message Is From an External Sender**
This message came from outside your organization.

Received. Thank you, Mr. Southwick.



Karin Magnelli | Lead Deputy Attorney General
Department of Correction | Criminal Law Division
Office of the Attorney General | State of Idaho
O: 208-658-2094 | W: ag.idaho.gov

NOTICE: This message, including any attachments, is intended only for the individual(s) or entity(ies) named above and may contain information that is confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law.  If you are not the intended recipient, please reply to the sender that you have received this transmission in error, and then please delete this email.

IDOC Data Sensitivity Classification - L3 Restricted

**From:** Paul Southwick - he/him/his <PSouthwick@acluidaho.org>
**Sent:** Monday, June 3, 2024 4:02 PM
**To:** Tewalt, Josh <jtewalt@idoc.idaho.gov>; Magnelli, Karin <kmagnell@idoc.idaho.gov>; Anderson, Miriam <mianders@idoc.idaho.gov>
**Cc:** Chase Strangio <cstrangio@aclu.org>
**Subject:** Demand Letter regarding HB 668

**CAUTION:** This email originated outside the State of Idaho network. Verify links and attachments BEFORE you click or open, even if you recognize and/or trust the sender. Contact your agency service desk with any concerns.

Director Tewalt, Karin Magnelli, and Miriam Anderson:

Attached please find a demand letter regarding enforcement of HB 668 in state prisons. Please respond by Friday June 7 at 5:00pm. A separate correspondence will be sent to Christina Hesse, outside counsel for Centurion.

Best,

Paul

**Paul Carlos Southwick (he/him)**

**Legal Director**
American Civil Liberties Union of Idaho
P.O. Box 1897, Boise, ID 83701
E-mail: psouthwick@acluidaho.org
Website: www.acluidaho.org



**DONATE | BECOME A MEMBER**

This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties. The views and opinions expressed in this communication do not necessarily reflect the official positions of the staff, management and directors of the American Civil Liberties Union of Idaho, the American Civil Liberties Union Foundation of Idaho, American Civil Liberties Union, the American Civil Liberties Union Foundation, its affiliates, or its chapters.