Christina M. Hesse
ISB #10712; cmh@dukeevett.com
DUKE EVETT, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone: (208)-342-3310
Facsimile: (208)-342-3299

*Attorney for Defendants Centurion of Idaho, LLC and Centurion Health*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JANE ROE, JANE POE, JANE DOE,<br><br>  Plaintiffs,<br>v.<br><br>RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho; BRAD LITTLE, in his official capacity as Governor of the State of Idaho; JOSH TEWALT, in his official capacity as the Director of the Idaho Department of Corrections; BREE DERRICK, in her official capacity as the Deputy Director of IDOC; CENTURION OF IDAHO, LLC; CENTURION HEALTH,<br><br>  Defendants. | Case No. 1:24-CV-00306-CWD<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Christina M. Hesse, of the firm Duke Evett, PLLC, hereby enters her appearance as attorney of record for Defendants Centurion Health and Centurion of Idaho, LLC, and hereby requests that all documents and pleadings filed herein be served upon Christina M. Hesse via ECF, cmh@dukeevett.com, and at Duke Evett, PLLC, 1087 West River Street, Suite 300, P.O. Box 7387, Boise, Idaho 83707, via ECF and at Post Office Box 7387, Boise, Idaho, 83707.

**NOTICE OF APPEARANCE - 1**

This Notice of Appearance is not a waiver of Federal Rule of Civil Procedure 12(b) defenses. Defendants reserve their right to raise all applicable defenses.

By: */s/ Christina M. Hesse*
Christina M. Hesse – Of the Firm
*Attorney for Defendants Centurion of Idaho, LLC and Centurion Health*

**CERTIFICATE OF SERVICE**

I certify that on this 1st day of July 2024, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | | |
|---|---|---|
| Paul Carlos Southwick | [ ] | U.S. Mail, postage prepaid |
| Emily Myrei Croston | [ ] | Hand-Delivered |
| ACLU OF IDAHO FOUNDATION | [ ] | Overnight Mail |
| P.O. Box 1897 | [X] | iCourt/E-Filing |
| Boise, Idaho 83701 | | psouthwick@acluidaho.org |
| *Attorneys for Plaintiffs* | | ecroston@acluidaho.org |
| | | |
| Chase B. Strangio* | [ ] | U.S. Mail, postage prepaid |
| Malita Picasso* | [ ] | Hand-Delivered |
| AMERICAN CIVIL LIBERTIES | [ ] | Overnight Mail |
| UNION FOUNDATION | [X] | iCourt/E-Filing |
| 125 Broad Street | | cstrangio@aclu.org |
| New York, New York 10004 | | mpicasso@aclu.org |
| *Attorneys for Plaintiffs (\*motion for pro hac vice forthcoming)* | | |
| | | |
| Raul Labrador | [ ] | U.S. Mail, postage prepaid |
| James E. M. Craig | [ ] | Hand-Delivered |
| James J. Simeri | [ ] | Overnight Mail |
| Gregory E. Woodard | [X] | iCourt/E-Filing |
| Matthew L. Maurer | | james.craig@ag.idaho.gov |
| OFFICE OF THE ATTORNEY | | james.simeri@ag.idaho.gov |
| GENERAL | | greg.woodard@ag.idaho.gov |
| P.O. Box 83720 | | matthew.maurer@ag.idaho.gov |
| Boise, Idaho 83720-0010 | | |
| *Attorneys for Defendants Raul Labrador, Brad Little, Josh Tewalt, and Bree Derrick* | | |

/s/ Christina M. Hesse
Christina M. Hesse

**NOTICE OF APPEARANCE - 2**