5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

JANE ROE, JANE POE, JANE DOE,

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; BRAD LITTLE, in his official capacity as Governor of the State of Idaho, JOSH TEWALT, in his

Case No. No. 1:24-cv-00306-DCN

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, **Malita Vencienzo Picasso**, hereby applies for admission pro hac vice to appear and participate in this case on behalf of **Plaintiffs Jane Roe, Jane Poe, Jane Doe and putative class.**

The applicant hereby attests as follows:

1. Applicant resides in **Riverside County, California**, and practices at the following address and phone number **125 Broad Street, 18th Floor, New York, NY 10004; (212)549-2561**

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| California | 06-01-2022 |
| New York | 03-04-2020 |
| U.S. 9th Circuit Court of Appeals | 04-07-2021 |
| U.S.D.C. Central D. of Illinois | 05-14-2020 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. **Paul Carlos Southwick**, a member in good standing of the bar of this court, of the firm of **American Civil Liberties Union of Iadaho**, practices at the following office address and phone number: **P.O. Box 1897, Boise, ID 83701; 208-344-9750**

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this **1st** day of **July**, **2024**.

/s/ Malita Vencienzo Picasso                    /s/ Paul Carlos Southwick
Applicant                                                       Designee

Signed under penalty of perjury.