RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

JAMES J. SIMERI, ISB #12332
GREGORY E. WOODARD, ISB #11329
MATTHEW L. MAURER, ISB #12575
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
james.simeri@ag.idaho.gov
greg.woodard@ag.idaho.gov
matthew.maurer@ag.idaho.gov

*Attorneys for Defendants Raúl Labrador, in his official capacity as Attorney General of the State of Idaho; Brad Little, in his official capacity as Governor of the State of Idaho, Josh Tewalt, in his official capacity as the Director of the Idaho Department of Corrections; and Bree Derrick, in her official capacity as the Deputy Director of IDOC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JANE ROE, et al.<br><br>               *Plaintiffs,*<br>    v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; et al.<br><br>               *Defendants.* | Case No. 1:24-cv-00306-CWD<br><br>**MOTION TO COMPEL DISCLOSURE OF PLAINTIFFS' IDENTITIES TO COMPLY WITH COURT'S ORDER** |

Yesterday, the Court ordered "a provisional pause on enforcement of § 18-8901." But it imposed this provisional pause "to only the named Plaintiffs in this case." (Doc. 13 p.6)

The problem is that the named Plaintiffs aren't named. State Defendants are not able to identify the three named Plaintiffs. Counsel for State Defendants has conferred with counsel for the Centurion Defendants, and those Defendants are not able to identify the named Plaintiffs either.

State Defendants endeavored to avoid this problem even before the Court entered its order. Yesterday morning, State Defendants emailed Plaintiffs' counsel to request the identify of the named Plaintiffs, with the representation that State Defendants would maintain the confidentiality of these Plaintiffs until the Court rules on an appropriate motion regarding confidentiality. To be clear, State Defendants do not concede that Plaintiffs should be permitted to litigate anonymously. (In their Complaint, Plaintiffs say they will file a motion for leave to proceed pseudonymously. But they haven't filed it.)

Yesterday evening, Plaintiffs' lawyer emailed State Defendants' lawyer, refusing to identify the named Plaintiffs, but proposing that all the putative class members continue to receive cross-gender hormones. State Defendants' would not agree to violate either Idaho state law or the Court's order.

This morning, Plaintiff's lawyer finally identified two of the three Plaintiffs. But we still don't know the third. The entire email correspondence is attached to this motion as Exhibit A.

State Defendants request that the Court order Plaintiffs' counsel to disclose the identity of the third Plaintiff. Alternatively, State Defendants request the Court modify the temporary restraining order to not include the third named Plaintiff, because it is impossible to comply with the Court's order unless Plaintiffs tell State Defendants to whom it applies. State Defendants further request all other relief that is just.

DATED:  July 2, 2024

          STATE OF IDAHO
          OFFICE OF THE ATTORNEY GENERAL

          By:  /s/ James J. Simeri
             JAMES J. SIMERI
             Deputy Attorney General

## CERTIFICATE OF SERVICE

I CERTIFY that on July 2, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Paul Carlos Southwick<br>psouthwick@acluidaho.org | Malita Picasso<br>mpicasso@aclu.org |
| Emily Myrei Croston<br>ecroston@acluidaho.org | Chase B. Strangio*<br>cstrangio@aclu.org |
| *Attorneys for Plaintiff* | *motion for pro hac vice forthcoming* |

          /s/ *James J. Simeri*
            JAMES J. SIMERI