RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

JAMES J. SIMERI, ISB #12332
GREGORY E. WOODARD, ISB #11329
MATTHEW L. MAURER, ISB #12575
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
james.simeri@ag.idaho.gov
greg.woodard@ag.idaho.gov
matthew.maurer@ag.idaho.gov

*Attorneys for Defendants Raúl Labrador, in his official capacity as Attorney General of the State of Idaho; Brad Little, in his official capacity as Governor of the State of Idaho, Josh Tewalt, in his official capacity as the Director of the Idaho Department of Corrections; and Bree Derrick, in her official capacity as the Deputy Director of IDOC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JANE ROE, et al.<br><br>     *Plaintiffs,*<br> v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; et al.<br><br>     *Defendants.* | Case No. 1:24-cv-00306-CWD<br><br>**WITHDRAWAL OF MOTION TO COMPEL DISCLOSURE** |

Yesterday, State Defendants filed their "Motion to Compel Disclosure of Plaintiff's Identities to Comply with Court's Order." (Doc. 16). After State Defendants filed this motion, Plaintiffs' counsel disclosed the identity of the third unnamed Plaintiff. Accordingly, State Defendants respectfully withdraw this motion.

DATED: July 3, 2024

                                        STATE OF IDAHO
                                      OFFICE OF THE ATTORNEY GENERAL

                                      By: /s/ James J. Simeri
                                            JAMES J. SIMERI
                                            Deputy Attorney General

## **CERTIFICATE OF SERVICE**

I CERTIFY that on July 3, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Paul Carlos Southwick
psouthwick@acluidaho.org

Emily Myrei Croston
ecroston@acluidaho.org

Malita Vencienzo Picasso
mpicasso@aclu.org

Chase B. Strangio
cstrangio@aclu.org

*Attorneys for Plaintiff*

Christina Mott Hesse
emh@dukeevett.com

Michael James Bentley
mbentley@bradley.com

*Attorneys for Defendants Centurion
Health and Centurion of Idaho, LLC*

                                            /s/ *James J. Simeri*
                                               JAMES J. SIMERI