UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANE ROE, JANE POE, JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et. al.,<br><br>Defendants. | Case No. 1:24-cv-00306-DCN<br><br>**AMENDED ORDER** |

In its prior Memorandum Decision and Order, the Court granted a provisional Temporary Restraining Order (a "TRO") on enforcement of Idaho Code § 18-8901. Dkt. 13. Consistent with *Labrador v. Poe*, 144 S. Ct. 921 (2024), the Court stated that the TRO applies "to only the named Plaintiffs in this case." Dkt. 13, at 6. However, one factor the Court failed to consider in its order is the fact that the named plaintiffs in this case are proceeding pseudonymously, and it is impossible for Defendants to allow continued hormonal treatment to an individual without knowing that individual's identity.

The day after issuance of the Court's Memorandum Decision and Order, Defendants raised these concerns to the Court. Dkt. 16, at 2. They stated that, while two of the named Plaintiffs have shared their identities, the third has not. *Id.* Accordingly, Defendants move the Court to either compel Plaintiffs to disclose the identity of the third named Plaintiff or to modify the TRO to include only those Plaintiffs who have shared their identities. The Court gave Plaintiffs a brief opportunity to raise any objections they might have with

Defendants Motion. Dkt. 20. They did not do so.

Accordingly, the Court hereby GRANTS Defendants' Motion as follows: the Court amends its prior Memorandum Decision and Order to apply only to those named Plaintiffs who have shared their identities with Defendants. If the third named Plaintiff discloses his or her identity to Defendants after issuance of this Amended Order, he or she will be covered under the TRO immediately upon such disclosure.

DATED: July 3, 2024

David C. Nye
Chief U.S. District Court Judge

AMENDED ORDER - 2