Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org

*Motion for admission *pro hac vice* forthcoming

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **JANE POE**, et al.,<br><br>　　*Plaintiffs*,<br><br>　　　　v.<br><br>**RAÚL LABRADOR**, et al.,<br><br>　　*Defendants*. | Case No. 1:24-cv-00306- DCN<br><br>**PLAINTIFFS JANE POE AND JANE DOE'S MOTION TO PROCEED IN PSEUDONYM** |

Plaintiffs Jane Poe and Jane Doe move this Court, pursuant to Federal Rule of Civil Procedure 10(a), for an order permitting them to proceed in pseudonym.[1] The purpose of this motion is to preserve their anonymity so as to protect them from violence, harassment and retaliation.

This motion is based on the memorandum of law in its support and the declarations filed with it, as well as the Complaint (Dkt. 1) and the full record before the Court.

Date:     July 3, 2024                                         Respectfully submitted,

                                                               /s/ *Paul C. Southwick*
                                                               Paul C. Southwick

---

[1] Plaintiff Jane Roe is no longer proceeding in pseudonym as stated in the accompanying memorandum.