Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso *(pro hac vice)*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org

*Motion for admission *pro hac vice* forthcoming

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **JANE POE**, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>**RAUL LABRADOR,** et al.,<br><br>*Defendants.* | Case No. 1:24-cv-00306-DCN<br><br>**JANE DOE DECLARATION ISO MOTION TO PROCEED IN PSEUDONYM** |

I, Jane Doe, declare as follows:

1. I offer this declaration in support of Plaintiffs' Motion to Proceed in Pseudonym.

2. I have personal knowledge of the facts set forth herein, and could and would testify competently to these facts if called as a witness.

  3. I would like to proceed in pseudonym to protect myself from retaliation and harassment.

  4. Some correctional officers within the facility are not friendly towards the transgender population. I am concerned that the use of my name may make me a target for harassment.

  5. I am seeking parole within the timeframe in which this litigation is likely to be active. I am concerned that my participation in this lawsuit could informally influence a parole board's decision to release me.

///

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 2, 2024 in Idaho.

*Jane Doe*

Jane Doe