Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso *(pro hac vice)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org

*Motion for admission *pro hac vice* forthcoming

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **JANE POE**, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> **RAUL LABRADOR,** et al., <br><br> *Defendants.* | Case No. 1:24-cv-00306-DCN <br><br> **JANE POE DECLARATION ISO MOTION TO PROCEED IN PSEUDONYM** |

I, Jane Poe, declare as follows:

1. I offer this declaration in support of Plaintiffs' Motion to Proceed in Pseudonym.

2. I have personal knowledge of the facts set forth herein, and could and would testify competently to these facts if called as a witness.

3. I would like to proceed in pseudonym to protect myself from retaliation and harassment.

4. Some correctional officers within the facility are not friendly towards the transgender population. I am concerned that the use of my name may make me a target for harassment.

5. Certain officers misgender me often. In the past when I have corrected them, I have been told that, because I am in a men's facility, I will be treated as a man.

6. I recently heard an officer telling a group of prisoners that it was the transgender prisoners' fault that the food in the facility is poor, and that Idaho children's education is deteriorating. I believe he was implying that the cost of medical care for gender dysphoria was causing harm to Idahoans and the cisgender prison population specifically. The prisoners listening to him seemed upset and gave me strange looks. It made me feel unsafe.

///

   I declare under penalty of perjury that the foregoing is true and correct. Executed on July 2, 2024 in Idaho.

*Jane Poe*
Jane Poe