Michael J. Bentley *(pro hac vice)*
MSB #102631; mbentley@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place
188 East Capitol Street, Suite 1000
Jackson, Mississippi 39201
Telephone: (601)-592-9935

Christina M. Hesse
ISB #10712; cmh@dukeevett.com
DUKE EVETT, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone: (208)-342-3310
Facsimile: (208)-342-3299

*Attorneys for Defendants Centurion of Idaho, LLC and Centurion Health*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANE ROE, JANE POE, JANE DOE,<br><br>        Plaintiffs,<br>v.<br><br>RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho; BRAD LITTLE, in his official capacity as Governor of the State of Idaho; JOSH TEWALT, in his official capacity as the Director of the Idaho Department of Corrections; BREE DERRICK, in her official capacity as the Deputy Director of IDOC; CENTURION OF IDAHO, LLC; CENTURION HEALTH,<br><br>        Defendants. | Case No. 1:24-CV-00306-CWD<br><br>**RESPONSE BY DEFENDANT CENTURION OF IDAHO, LLC TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER, PROVISIONAL CLASS CERTIFICATION, AND PRELIMINARY INJUNCTION** |

Defendant Centurion of Idaho, LLC ("Centurion")[1] files this response to Plaintiffs' motion for a temporary restraining order and other preliminary relief (Dkt. [2]).

## BACKGROUND

Plaintiffs Jane Roe et al., transgender incarcerated individuals in custody of the Idaho Department of Correction ("IDOC"), have sued to enjoin House Bill 668 ("HB 668"), which was enacted by the Idaho Legislature and signed by the Governor on March 27, 2024. HB 668 prohibits the use of state funds or state facilities to provide certain gender-affirming medical treatments, including surgery and hormones, "for purposes of altering the appearance of an individual in order to affirm the individual's perception of the individual's sex in a way that is inconsistent with the individual's biological sex." H.B. 668, § 2(2), (6). Public officers or employees who violate HB 668 are subject to criminal penalties, including fines and jail time. H.B. 668, § 2(7).[2]  The law became effective on July 1, 2024.

Plaintiffs' complaint alleges that HB 668 is a "blanket prohibition" on necessary medical treatment that violates the Eighth Amendment. (Dkt. [1]). In their emergency motion, Plaintiffs seek to temporarily restrain enforcement of HB 668, which they describe as Idaho's "blanket ban" on the use of public funds and public facilities to treat gender dysphoria. (Dkt. [2-1], at 1). Plaintiffs argue that gender dysphoria is a serious medical need, that HB 668's ban on the specified treatments amounts to deliberate indifference, and that HB 668 should be enjoined. *Id.* at 9-14.

---

[1] The complaint names "Centurion Health" as a defendant, but there is no legal entity with that name. "Centurion Health" has not been served with the Complaint. At the appropriate time, "Centurion Health" should be dismissed from this suit.

[2] Plaintiffs allege Centurion's providers could be subject to criminal prosecution as agents of IDOC if they provide gender-affirming care in violation of HB 668. *See* (Dkt. [1], ¶ 96). Centurion is without sufficient information to admit or deny this allegation at this time.

**RESPONSE BY DEFENDANT CENTURION OF IDAHO, LLC TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER, PROVISIONAL CLASS CERTIFICATION, AND PRELIMINARY INJUNCTION - 2**

They also seek provisional certification of a class of transgender inmates for purposes of applying preliminary injunctive relief. *Id.* at 15-20.

On July 1, 2024, this Court granted a provisional temporary restraining order of HB 668, which applied to the three named Plaintiffs only. (Dkt. [13]). The Court also set a briefing schedule and set a hearing on Plaintiffs' motion for July 15, 2024. *Id.*

### CENTURION'S RESPONSE

Centurion and its Idaho providers are obligated to follow Idaho law or, in the case of HB 668, face possible criminal prosecution. Plaintiffs assert that HB 668 is unconstitutional under the Eighth Amendment of the United States Constitution. (Dkt. [1] & Dkt. [2-1]). Centurion understands that the State of Idaho intends to defend HB 668 and will respond to Plaintiffs' arguments. (Dkt. [7]). Ultimately, Plaintiffs have asked this Court to decide if HB 668 is enforceable or unconstitutional.

Centurion is still analyzing Plaintiffs' allegations and arguments, but offers a few preliminary points for the Court's information. *First*, Centurion understands the purpose of this suit is to challenge HB 668. Plaintiffs' lawsuit challenges the State of Idaho's prohibition on the use of public funds and public facilities for certain medical interventions. Centurion presumably is a defendant because it is the contract medical provider for IDOC, which is impacted by HB 668. Neither Centurion nor its providers were deliberately indifferent to the named Plaintiffs or putative class members, and Centurion does not read Plaintiffs' complaint to claim or suggest otherwise.

*Second*, while Centurion must and will abide by HB 668's mandate, it will not immediately "cut off" hormone therapy for any plaintiff or putative class member. Each affected patient will be individually evaluated, assessed, and cared for to ensure that prohibited medical interventions are withdrawn according to an individualized plan for each impacted patient. Centurion's providers

**RESPONSE BY DEFENDANT CENTURION OF IDAHO, LLC TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER, PROVISIONAL CLASS CERTIFICATION, AND PRELIMINARY INJUNCTION - 3**

will also ensure that other available, non-prohibited medical interventions and treatments are provided, as medically indicated, to individual patients impacted by HB 668.

*Third*, since the Court entered its provisional temporary restraining order on July 1, 2024, Centurion has identified the three named Plaintiffs and is continuing to provide their prescribed treatment until further order from the Court.

Centurion reserves the right to supplement this response or provide additional argument and information to the Court as this suit progresses.[3]

DATED this 5th day of July 2024.

DUKE EVETT, PLLC,

By: */s/ Christina M. Hesse*_____ _____
    Christina M. Hesse – Of the Firm
    *Attorney for Defendant Centurion of Idaho, LLC*

BRADLEY ARANT BOULT CUMMINGS LLP,

By: */s/ Michael J. Bentley*_____
    Michael J. Bentley *(pro hac vice)*
    *Attorney for Defendant Centurion of Idaho, LLC*

---

[3] Centurion has not been served with the complaint and has not had an opportunity to respond to the allegations or assert affirmative defenses. Given the emergency nature of Plaintiffs' motion and the Court's order on briefing and a hearing, Centurion files this response without waiving any defenses to the suit or Plaintiffs' allegations.

**RESPONSE BY DEFENDANT CENTURION OF IDAHO, LLC TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER, PROVISIONAL CLASS CERTIFICATION, AND PRELIMINARY INJUNCTION - 4**

## CERTIFICATE OF SERVICE

I certify that on this 5th day of July 2024, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | | |
|---|---|---|
| Paul Carlos Southwick | [ ] | U.S. Mail, postage prepaid |
| Emily Myrei Croston | [ ] | Hand-Delivered |
| ACLU OF IDAHO FOUNDATION | [ ] | Overnight Mail |
| P.O. Box 1897 | [X] | iCourt/E-Filing |
| Boise, Idaho 83701 | | psouthwick@acluidaho.org |
| *Attorneys for Plaintiffs* | | ecroston@acluidaho.org |
| | | |
| Chase B. Strangio* | [ ] | U.S. Mail, postage prepaid |
| Malita Picasso, *pro hac vice* | [ ] | Hand-Delivered |
| AMERICAN CIVIL LIBERTIES | [ ] | Overnight Mail |
| UNION FOUNDATION | [X] | iCourt/E-Filing |
| 125 Broad Street | | cstrangio@aclu.org |
| New York, New York 10004 | | mpicasso@aclu.org |
| *Attorneys for Plaintiffs (\*motion for pro hac vice forthcoming)* | | |
| | | |
| Raul Labrador | [ ] | U.S. Mail, postage prepaid |
| James E. M. Craig | [ ] | Hand-Delivered |
| James J. Simeri | [ ] | Overnight Mail |
| Gregory E. Woodard | [X] | iCourt/E-Filing |
| Matthew L. Maurer | | james.craig@ag.idaho.gov |
| OFFICE OF THE ATTORNEY | | james.simeri@ag.idaho.gov |
| GENERAL | | greg.woodard@ag.idaho.gov |
| P.O. Box 83720 | | matthew.maurer@ag.idaho.gov |
| Boise, Idaho 83720-0010 | | |
| *Attorneys for Defendants Raul Labrador, Brad Little, Josh Tewalt, and Bree Derrick* | | |

/s/ Christina M. Hesse
Christina M. Hesse

**RESPONSE BY DEFENDANT CENTURION OF IDAHO, LLC TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER, PROVISIONAL CLASS CERTIFICATION, AND PRELIMINARY INJUNCTION - 5**