Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso (*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org

*To be admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| **JANE POE, et al.**, | Case No. 1:24-cv-00306-DCN |
| *Plaintiffs*, | |
| v. | **PAUL SOUTHWICK DECLARATION ISO PLAINTIFFS' REPLY ISO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER, PROVISIONAL CLASS CERTIFICATION AND PRELIMINARY INJUNCTION (Dkt. #2)** |
| **RAÚL LABRADOR**, et al., | |
| *Defendants*. | |

I, Paul Southwick, hereby declare as follows:

1.  I offer this Declaration in support of Plaintiffs' Motion for a Temporary Restraining Order, Provisional Class Certification, and Preliminary Injunction.

2.  I have personal knowledge of the facts set forth herein, and could and would testify competently to these facts if called as a witness.

3.  Attached as Exhibit A is a true and accurate copy of the IDOC Policy pertaining to the treatment of incarcerated persons with gender dysphoria: *Gender Dysphoria: Healthcare for Inmates with*, No. 401.06.03.501.

4.  Attached as Exhibit B is a true and accurate copy of excerpts of the August 16, 2023 Hearing Testimony of Dr. James Cantor in the case of *Loe, et al. v. Texas, et al.*, Cause No. D-1-GN-23-003616 (District Court of Texas, Travis County).

5.  Attached as Exhibit C is a true and accurate copy of excerpts of the May 6, 2022 Hearing Testimony of Dr. James Cantor in the case of *Eknes-Tucker, et al. v. Ivey, et al.*, Case. No. 2:22-cv-00184-LCB-CWB (M.D. Alabama) (Dkt. 105).

6.  Attached as Exhibit D is a true and accurate copy of excerpts of the June 20, 2024 Deposition Testimony of Dr. James Cantor in the case of *Moe, et al. v. Yost, et al.*, Case No. 24-cv-002481 (Court of Common Pleas, Franklin County, Ohio).

7.  Attached as Exhibit E is a true and accurate copy of excerpts of the September 2, 2022 Deposition Testimony of Dr. Michael K. Laidlaw in the case of *C.P., et al. v. Blue Cross Blue Shield of Illinois*, 3:20-cv-06145-RJB (W.D. Wash.).

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 9, 2024 in Boise, Idaho.

/s/ Paul Southwick

Paul Southwick
