Michael J. Bentley *(pro hac vice)*
MSB #102631; mbentley@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place
188 East Capitol Street, Suite 1000
Jackson, Mississippi 39201
Telephone: (601)-592-9935
Facsimile: (601)-592-1435

Christina M. Hesse
ISB #10712; cmh@dukeevett.com
DUKE EVETT, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone: (208)-342-3310
Facsimile: (208)-342-3299

*Attorneys for Defendants Centurion of Idaho, LLC and Centurion Health*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANE ROE, JANE POE, JANE DOE,<br><br>    Plaintiffs,<br>v.<br><br>RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho; BRAD LITTLE, in his official capacity as Governor of the State of Idaho; JOSH TEWALT, in his official capacity as the Director of the Idaho Department of Corrections; BREE DERRICK, in her official capacity as the Deputy Director of IDOC; CENTURION OF IDAHO, LLC; CENTURION HEALTH,<br><br>    Defendants. | Case No. 1:24-CV-00306-CWD<br><br>**MOTION TO APPEAR REMOTELY FOR THE JULY 15, 2024 HEARING** |

  COMES NOW Defendant Centurion of Idaho, LLC by and through its undersigned counsel of record, and hereby requests that Michael J. Bentley be permitted to appear remotely via Webex

**MOTION TO APPEAR REMOTELY FOR THE JULY 15, 2024 HEARING - 1**

at the July 15, 2024 hearing on *Plaintiffs' Motion for Temporary Restraining Order, Provisional Class Certification and Preliminary Injunction* in this matter set to be heard at 11:00 A.M. (MST) before the Honorable David C. Nye.

Mr. Bentley will be in Mississippi where he resides and practices law. The expedited nature of the scheduling of the July 15, 2024 hearing makes travel by Mr. Bentley to Idaho impracticable. As such, remote appearance by him is necessary. Local counsel, Christina M. Hesse with Duke Evett, PLLC will appear in person at the hearing.

Centurion anticipates its participation during the hearing to be minimal and it will rely on its briefing previously submitted to the Court in accordance with this Court's briefing schedule. Nevertheless, Mr. Bentley and Ms. Hesse remain committed to participating in the hearing, including by answering any questions posed by the Court during the hearing, and aver that they can do so by Mr. Bentley appearing remotely and Ms. Hesse in person.

DATED this 10th day of July 2024.

DUKE EVETT, PLLC,

By: */s/ Christina M. Hesse* _____
    Christina M. Hesse – Of the Firm
    *Attorney for Defendant Centurion of Idaho, LLC*

BRADLEY ARANT BOULT CUMMINGS LLP,

By: */s/ Michael J. Bentley*
    Michael J. Bentley *(pro hac vice)*
    *Attorney for Defendant Centurion of Idaho, LLC*

**MOTION TO APPEAR REMOTELY FOR THE JULY 15, 2024 HEARING - 2**

## CERTIFICATE OF SERVICE

I certify that on this 10th day of July 2024, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | | |
|---|---|---|
| Paul Carlos Southwick | [ ] | U.S. Mail, postage prepaid |
| Emily Myrei Croston | [ ] | Hand-Delivered |
| ACLU OF IDAHO FOUNDATION | [ ] | Overnight Mail |
| P.O. Box 1897 | [X] | iCourt/E-Filing |
| Boise, Idaho 83701 | | psouthwick@acluidaho.org |
| *Attorneys for Plaintiffs* | | ecroston@acluidaho.org |

| | | |
|---|---|---|
| Chase B. Strangio* | [ ] | U.S. Mail, postage prepaid |
| Malita Picasso* | [ ] | Hand-Delivered |
| AMERICAN CIVIL LIBERTIES | [ ] | Overnight Mail |
| UNION FOUNDATION | [X] | iCourt/E-Filing |
| 125 Broad Street | | cstrangio@aclu.org |
| New York, New York 10004 | | mpicasso@aclu.org |
| *Attorneys for Plaintiffs (*motion for pro hac vice forthcoming)* | | |

| | | |
|---|---|---|
| Raul Labrador | [ ] | U.S. Mail, postage prepaid |
| James E. M. Craig | [ ] | Hand-Delivered |
| James J. Simeri | [ ] | Overnight Mail |
| Gregory E. Woodard | [X] | iCourt/E-Filing |
| Matthew L. Maurer | | james.craig@ag.idaho.gov |
| OFFICE OF THE ATTORNEY | | james.simeri@ag.idaho.gov |
| GENERAL | | greg.woodard@ag.idaho.gov |
| P.O. Box 83720 | | matthew.maurer@ag.idaho.gov |
| Boise, Idaho 83720-0010 | | |
| *Attorneys for Defendants Raul Labrador, Brad Little, Josh Tewalt, and Bree Derrick* | | |

/s/ Christina M. Hesse  
Christina M. Hesse

**MOTION TO APPEAR REMOTELY FOR THE JULY 15, 2024 HEARING - 3**