# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

CIVIL PROCEEDINGS: **Pending Motions [dockets 2 & 7]**

Chief Judge David C. Nye
Case No. 1:24-cv-00306-DCN
Place: Boise, ID

Date: **July 15, 2024**
Deputy Clerk: Jenny Mitchell
Reporter: Anne Bowline
Time: 11:02 – 12:32

## ROE, et al. v. LABRADOR, et al.

Counsel for Plaintiff: Paul Soutwick (arguing), Emily M. Croston, Malita V. Picasso (via Zoom)

Counsel for Defendant: Christina M. Hesse (arguing for Centurion), James J. Simeri (arguing for state defendants), Matthew L. Maurer, Michael Bentley (via Zoom)

(X) After hearing argument, the Court took the matter under advisement with a written decision to be forthcoming.
(X) Provisional TRO remains in place until Court's decision comes out.
(X) Provisional class certification is denied currently on the record with the Court.
(X) Class Certification Hearing set for August 2, 2024, at 10:00 Mountain/9:00 Pacific.
(X) Expedited briefing schedule:
- Plaintiff: July 24, 2024
- Defendant: July 31, 2024