RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

JAMES J. SIMERI, ISB #12332
GREGORY E. WOODARD, ISB #11329
MATTHEW L. MAURER, ISB #12575
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
james.craig@ag.idaho.gov
james.simeri@ag.idaho.gov
greg.woodard@ag.idaho.gov
matthew.maurer@ag.idaho.gov

*Attorneys for Defendants Raúl Labrador, in his official capacity as Attorney General of the State of Idaho; Brad Little, in his official capacity as Governor of the State of Idaho, Josh Tewalt, in his official capacity as the Director of the Idaho Department of Corrections; and Bree Derrick, in her official capacity as the Deputy Director of IDOC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JANE ROE, et al.<br><br>                      *Plaintiffs,*<br>     v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; et al.<br><br>                      *Defendants.* | Case No. 1:24-cv-00306-CWD<br><br>**MOTION TO APPEAR IN-PERSON AT AUGUST 2, 2024 HEARING** |

Earlier today, the Court entered a "Docket Entry Notice" scheduling a video-motion hearing for August 2, 2024 (Doc. 29). But State Defendants intend to appear in person. To the extent that the Court deems it necessary, State Defendants request that today's "Docket Entry Notice" be amended to allow any parties to appear in person, should a party elect to do so. State Defendants do not object to other parties appearing remotely at their discretion.

DATED:  July 15, 2024

                                          STATE OF IDAHO
                                          OFFICE OF THE ATTORNEY GENERAL

                                          By:   /s/ James J. Simeri
                                                  JAMES J. SIMERI
                                                  Deputy Attorney General

**CERTIFICATE OF SERVICE**

I CERTIFY that on July 15, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Paul Carlos Southwick
psouthwick@acluidaho.org

Emily Myrei Croston
ecroston@acluidaho.org

Malita Picasso*
mpicasso@aclu.org

Chase B. Strangio*
cstrangio@aclu.org

*Attorneys for Plaintiff*
**motion for pro hac vice pending*

Christina M. Hesse
cmh@dukeevett.com

Michael J. Benltey
*mbentley@bradley.com*

*Attorney for Defendants Centurion of Idaho, LLC and Centurion Health*

/s/ James J. Simeri
    JAMES J. SIMERI