RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

JAMES J. SIMERI, ISB #12332
GREGORY E. WOODARD, ISB #11329
MATTHEW L. MAURER, ISB #12575
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
james.craig@ag.idaho.gov
james.simeri@ag.idaho.gov
greg.woodard@ag.idaho.gov
matthew.maurer@ag.idaho.gov

*Attorneys for Defendants Raúl Labrador, in his official capacity as Attorney General of the State of Idaho; Brad Little, in his official capacity as Governor of the State of Idaho, Josh Tewalt, in his official capacity as the Director of the Idaho Department of Corrections; and Bree Derrick, in her official capacity as the Deputy Director of IDOC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JANE ROE, JANE POE, JANE DOE,<br><br>*Plaintiffs,*<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; *et al.*,<br><br>*Defendants.* | Case No. 1:24-cv-00306-DCN<br><br>**STATE DEFENDANTS' MOTION TO DIRECT PLAINTIFFS TO ADDRESS THE COURT THROUGH MOTION PRACTICE** |

Yesterday evening, Plaintiffs' counsel emailed the Court's clerk involving various discovery issues. A copy of this email is attached as Exhibit A.

State Defendants respectfully disagree with some of Plaintiffs' contentions. And this is the point. Plaintiffs have submitted what amounts to a motion about a discovery dispute. But they did not file a motion. A lawyer should not send email to court personnel requesting substantive relief.

Without addressing the merits of Plaintiffs' issues, State Defendants request that the Court disregard Plaintiffs' email, Exhibit A, and direct Plaintiffs to address substantive matters to the Court through motion practice. This is required under both the Federal Rules of Civil Procedure and local rules. State Defendants also request all other relief that is just.

DATED:  July 19, 2024

                STATE OF IDAHO
                OFFICE OF THE ATTORNEY GENERAL

                By*:*  /s/ James J. Simeri
                    JAMES J. SIMERI
                    Deputy Attorney General

## CERTIFICATE OF SERVICE

      I certify that on July 19, 2024, the foregoing was served on counsel of record via the Court's electronic-filing system.

| | |
|---|---|
| Paul Carlos Southwick<br>psouthwick@acluidaho.org | Christina M. Hesse<br>cmh@dukeevett.com |
| Emily Myrei Croston<br>ecroston@acluidaho.org | Michael J. Bentley<br>*mbentley@bradley.com* |
| Malita Picasso<br>mpicasso@aclu.org | *Attorney for Defendants Centurion of Idaho, LLC and Centurion Health* |
| Chase B. Strangio*<br>cstrangio@aclu.org | |

*Attorneys for Plaintiff*
*\*motion for pro hac vice pending*

                                             /s/ James J. Simeri
                                               JAMES J. SIMERI