| | |
|---|---|
| **From:** | Paul Southwick - he/him/his |
| **To:** | Daniel Nelson |
| **Cc:** | Emily Croston - she/her; Malita Picasso; Greg Woodard; James Simeri; Matthew Maurer; cmh@dukeevett.com; mbentley@bradley.com; James Craig; Bennett Briggs |
| **Subject:** | Guidance on Timing of Discovery in Advance of August 2nd Class Certification Hearing - Case No. 1:24-cv-00306-DCN |
| **Date:** | Thursday, July 18, 2024 5:37:20 PM |
| **Attachments:** | image001.png |

Daniel:

A dispute between Plaintiffs and State Defendants has arisen regarding the timing of discovery prior to the August 2 hearing. Plaintiffs offered to confer with State Defendants on July 16 and July 18 regarding the timing of discovery to avoid the need for guidance or intervention from the Court, but the State Defendants declined to confer on timing. To the extent Judge Nye is open to providing Plaintiffs and the State Defendants with informal guidance regarding discovery prior to the August 2 hearing, Plaintiffs request such guidance. To the extent a motion is necessary, Plaintiffs can file a motion.

At the hearing on July 15, the Court set July 24 as the deadline for Plaintiffs to submit their additional briefing and evidence in support of their motion for class certification, which the Court will consider at the hearing set on August 2. Plaintiffs desire to maintain the August 2 hearing date so that the Court can resolve the class certification issues as soon as it is able considering that absent putative class members are being tapered from, and soon losing, their hormone treatment.

Pursuant to this schedule, Plaintiffs served eight (8) Requests for Admission by email on Defendant Tewalt and Defendant Centurion of Idaho, LLC the following day, July 16. The RFAs were limited to the topics of numerosity and medical necessity of hormone treatment. Given the short timeline, Plaintiffs requested responses by Friday, July 19.

In the event Defendants refused to respond to, or confer regarding, the RFAs, Plaintiffs also served Deposition Notices for Defendant Centurion, Defendant Bree Derrick, and IDOC later that day. Plaintiffs noticed each deposition for only two (2) hours, limited to the topics of numerosity and treatment for gender dysphoria, along with related requests for production of documents. Counsel for Plaintiffs stated that if the RFAs could be responded to by Friday, then the depositions might be unnecessary, and that if depositions were necessary, only one deposition of State Defendants may be needed.

State Defendants have also now served deposition notices on each of the three (3) named Plaintiffs for the two days following Plaintiffs' July 24 briefing deadline. Counsel for Plaintiffs are prepared to agree to those dates, so long as Defendants agree to

provide discovery sufficient to allow Plaintiffs to present evidence to the Court in advance of their July 24 deadline. Counsel for Plaintiffs submit that it would disadvantage our clients for them to be deposed prior the Defendants' briefing deadline, but for Defendants to refuse to respond to discovery requests or be deposed prior to Plaintiffs' briefing deadline.

State Defendants have also served a Request for Production of Documents. Plaintiffs have agreed to provide responsive documents, pursuant to a stipulated protective order that the parties will submit to the Court.

In light of the dispute concerning the timing of discovery, Plaintiffs request that the Court advise the parties regarding (1) whether Defendant Tewalt should respond to the eight (8) RFAs by Monay, July 22; and (2) whether one or more of the State Defendants should be deposed on Tuesday, July 23 (the day prior to Plaintiffs' briefing being due). Counsel for Plaintiffs offer to cancel those depositions if the RFA responses provide sufficient, responsive information. Any direction the Court can provide would be appreciated. And if the Court prefers that this dispute be submitted in a different manner, Plaintiffs will do so.

Best,

Paul

**Paul Carlos Southwick (he/him)**
**Legal Director**
American Civil Liberties Union of Idaho
P.O. Box 1897, Boise, ID 83701
E-mail:  psouthwick@acluidaho.org
Website:  www.acluidaho.org



**DONATE** | **BECOME A MEMBER**

This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments

without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties. The views and opinions expressed in this communication do not necessarily reflect the official positions of the staff, management and directors of the American Civil Liberties Union of Idaho, the American Civil Liberties Union Foundation of Idaho, American Civil Liberties Union, the American Civil Liberties Union Foundation, its affiliates, or its chapters.