RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

JAMES J. SIMERI, ISB #12332
GREGORY E. WOODARD, ISB #11329
MATTHEW L. MAURER, ISB #12575
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
james.craig@ag.idaho.gov
james.simeri@ag.idaho.gov
greg.woodard@ag.idaho.gov
matthew.maurer@ag.idaho.gov

*Attorneys for Defendants Raúl Labrador, in his official capacity as Attorney General of the State of Idaho; Brad Little, in his official capacity as Governor of the State of Idaho, Josh Tewalt, in his official capacity as the Director of the Idaho Department of Corrections; and Bree Derrick, in her official capacity as the Deputy Director of IDOC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JANE ROE, et al.<br><br>　　　　　　*Plaintiffs,*<br><br>　　v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; et al.<br><br>　　　　　　*Defendants.* | Case No. 1:24-cv-00306-DCN<br><br>**STATE DEFENDANTS' CONSENTED TO MOTION FOR LEAVE TO DEPOSE PLAINTIFFS CONFINED IN PRISON** |

The Court has ordered a hearing on class certification for August 2. In advance of this hearing, State Defendants seek to depose Plaintiffs. But Plaintiffs are confined in prison. Under Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, State Defendants may depose Plaintiffs confined in prison, but only with leave of the Court.

State Defendants request that the Court grant them leave to depose Plaintiffs. Their testimony is relevant to many class-certification issues, including commonality, typicality, and adequacy of representation. And there is no way for State Defendants to obtain this information elsewhere.

State Defendants have consulted with counsel for Plaintiffs and counsel for co-Defendant Centurion. Both have authorized State Defendants to represent to the Court that they consent to this motion. But in consenting to this motion, Plaintiffs are not agreeing to the accuracy of the preceding paragraph.

Therefore, State Defendants request that the Court enter an order granting them leave to depose each of the three named Plaintiffs before the August 2 hearing. State Defendants further request all other relief that is just.

DATED:  July 24, 2024

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL


    By:  /s/ *James J. Simeri*
        JAMES J. SIMERI
        Deputy Attorney General

## **CERTIFICATE OF SERVICE**

I CERTIFY that on July 24, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Paul Carlos Southwick
psouthwick@acluidaho.org

Emily Myrei Croston
ecroston@acluidaho.org

Malita Picasso
mpicasso@aclu.org

Chase B. Strangio*
cstrangio@aclu.org

*Attorneys for Plaintiff*
**motion for pro hac vice pending*

Christina M. Hesse
cmh@dukeevett.com

Michael J. Bentley
mbentley@bradley.com

*Attorney for Defendants Centurion of Idaho, LLC and Centurion Health*

 

/s/ *James J. Simeri*
    JAMES J. SIMERI