Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org

**Pro hac vice pending*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **JANE ROE, JANE POE, JANE DOE**, <br> *Plaintiffs*, <br><br> v. <br><br> **RAÚL LABRADOR**, et al., <br> *Defendants*. | Case No. 1:24-cv-00306-DCN <br><br> **MOTION TO SEAL** <br><br> **PLAINTIFFS' UNOPPOSED MOTION TO FILE UNDER SEAL** |

Plaintiffs, by their counsel, pursuant to Local Civil Rule 5.3 respectfully request an Order permitting them to file their Additional Brief in Support of Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction and Provisional Class Certification, as well as the exhibits thereto, under seal.  These documents disclose highly sensitive and identifying information. The parties have agreed to proceed under this District's Model Protective Order, which permits parties to designate documents as confidential and request to file such documents under seal.

This motion is supported by the attached memorandum of law in support.  Redacted versions of the brief and documents sought to be filed under seal are attached hereto.

Defendants do not oppose this request to file under seal, but reserve their right to file a motion to unseal if needed.

Plaintiffs respectfully request that this Court grant their motion and enter an order sealing the documents referenced above. Plaintiffs request that the corresponding order be sealed as well and served upon counsel for Defendants.

Dated:  July 24, 2024

Respectfully submitted,

/s/ *Paul C. Southwick*
Paul C. Southwick (ISB No. 12439)
ACLU of Idaho Foundation