Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org

*Pro hac vice pending*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **JANE ROE, JANE POE, JANE DOE**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**RAÚL LABRADOR**, et al.,<br><br>*Defendants*. | Case No. 1:24-cv-00306-DCN<br><br>**MEMORANDUM ISO MOTION TO FILE ADDITIONAL BRIEF ISO MOTION FOR TRO/PI AND CLASS CERTIFICATION UNDER SEAL** |

**Introduction**

Plaintiffs, by their counsel, pursuant to Local Civil Rule 5.3 respectfully request an Order permitting them to file Additional Brief in Support of Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction and Provisional Class Certification, as well as the exhibits thereto, under seal. These documents disclose highly sensitive medical information, engagement letters between Plaintiffs and their counsel, and information that would identify the two Plaintiffs' who have moved the Court to proceed pseudonymously. The parties have agreed to proceed under this District Court's Model Protective Order, which permits parties to designate documents as confidential and to request the Court's permission to file such documents under seal.

**Argument**

**Legal Standard**

Local Civil Rule 5.3 provides that a party may file under seal. There exists a "general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). There is a strong presumption in favor of public access to judicial documents attached to dispositive motions and pleadings, unless the record is one "traditionally kept secret." *Id.* (citing *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). Compelling reasons to justify sealing of dispositive motions and pleadings "exist when such 'court files might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id.* at 1179 (quoting *Nixon*, 435 U.S. at 598).

However, where, as here, the documents sought to be sealed are not attached to dispositive motions, the public policies supporting open court records "do not apply with equal force[.]" *Id.* For records attached to non-dispositive motions, "[a] 'good cause' showing under Rule 26(c) will

suffice" to maintain those records under seal. *Id.* at 1180. *See* Fed.R.Civ.P. 26(c) (stating that if "good cause" is shown in discovery, a district court may issue "any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense").

### There Are Compelling Reasons and/or Good Cause to Restrict Public Access to the Requested Documents

Here, the documents Plaintiffs request to be sealed contain sensitive medical information, engagement letters between Plaintiffs and Plaintiffs' counsel, and identifying information for the two Plaintiffs' proceeding under pseudonym. Plaintiffs' motion to proceed under pseudonyms identified and explained the risks of harm they may face if their true identities were disclosed.

To the extent there is any public interest in these documents, the redacted version of the Brief and the exhibits that are not sealed provide sufficient public information about the case.

### Conclusion

Plaintiffs respectfully request that this Court grant their motion and enter an order sealing the documents referenced above. Defendants do not oppose this Motion but reserving their right to file a motion to unseal if needed.

Dated:  July 24, 2024                                  Respectfully submitted,

/s/ *Paul Carlos Southwick*
Paul Carlos Southwick (ISB No. 12439)
ACLU of Idaho Foundation