Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso (*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org

*To be admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **JANE POE, et al.**, *Plaintiffs*, v. **RAÚL LABRADOR**, et al., *Defendants*. | Case No. 1:24-cv-00306-DCN **PAUL SOUTHWICK DECLARATION ISO PLAINTIFFS' ADDITIONAL BRIEF ISO MOTION FOR TRO, PRELIMINARY INJUNCTION AND CLASS CERTIFICATION** |

I, Paul Southwick, hereby declare as follows:

1. I offer this Declaration in support of Plaintiffs' Motion for a Temporary Restraining Order, Provisional Class Certification, and Preliminary Injunction.

2. I have personal knowledge of the facts set forth herein and could and would testify competently to these facts if called as a witness.

3. Attached as Exhibit A is a true and accurate copy of Defendant Tewalt's Answers to Plaintiffs' First Set of Requests for Admission.

4. Attached as Exhibit B is a true and accurate copy of the IDOC Policy pertaining to the treatment of incarcerated persons with gender dysphoria: *Gender Dysphoria: Healthcare for Inmates with*, No. 401.06.03.501.

5. Attached as Exhibit C is a true and accurate copy of medical records of Plaintiff Katie Heredia (legal name Cole Robinson) as provided to Plaintiffs' counsel by counsel for Centurion on July 19, 2024.

6. Attached as Exhibit D is a true and accurate copy of the medical records of Plaintiff Jane Poe as provided to Plaintiffs' counsel by counsel for Centurion on July 19, 2024.

7. Attached as Exhibit E is a true and accurate copy of the medical records of Plaintiff Jane Doe as provided to Plaintiffs' counsel by counsel for Centurion on July 19, 2024.

8. Attached as Exhibit F is a true and accurate copy of the Declaration of Dr. Marvin-Anthony Alviso in *M.H. v. Adams*, Case No. 1:22-CV-409 (June 17, 2024).

9. Attached as Exhibit G is a true and accurate copy of the engagement letters signed by the named plaintiffs. These have been redacted of personal identifying information for pseudonymous plaintiffs and of privileged material.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 24, 2024 in Boise, Idaho.

<u>/s/ Paul Southwick</u>

Paul Southwick