Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
Tel: (208) 807-2496 Fax: (208) 342-2561
howardbelodoff@idaholegalaid.org

Jane Gordon, ISB #9243
Jane Gordon Law
1004 W. Fort Street
Boise, Idaho 83702
Tel: (208) 391-4747
Jane@JaneGordonLaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ALEX ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>　　　　Defendants. | CASE NO. 1:22-CV-409<br><br>DECLARATION OF MARVIN-ANTHONY CARSON ALVISO, MD |

I certify under penalty of perjury pursuant to the law of the State of Idaho that the following is true and correct:

1.　My name is Marvin-Anthony Carson Alviso, MD, I am over the age of 18 and a United States Citizen. I am a medical doctor, with a license to practice medicine in the State of Idaho. These statements are made based on my own personal knowledge and experience as a

DECLARATION OF MARVIN-ANTHONY CARSON ALVISO, MD - 1

treating provider.

2. I have practiced medicine for over 14 years. I attended medical school at the University of Santo Tomas in Manila, Philippines. My residence was in family medicine at the Synergy Medical Education Alliance in Saginaw, Michigan.

3. I became a board-certified family physician in 2010.

4. Although there are no formal trainings required for practicing and providing gender affirming care, all my conferences during my residency were geared towards providing gender affirming care. Currently, I attend conferences and read up to up-to-date guidelines from different sources and incorporate it in my practice.

5. I have practiced medicine in the Boise area since 2010.

6. I specialize in providing medical care to the LGBTQ+ community.

7. I have provided gender affirming care to community members since 2014. I have provided gender affirming care to over 400 individuals.

8. Gender affirming care and treatment is highly individualized from one patient to another. Medical treatment generally involves the body's masculinization or the feminization through pharmaceuticals (hormone treatment) or surgery. There is no one set of procedures that will alleviate gender dysphoria for everyone.

9. Gender affirming care includes medical, surgical, mental health, and non-medical services for people who are transgender.

10. Gender dysphoria is the clinically significant distress that transgender individuals experience due to having a gender identity that conflicts with the sex assigned at birth.

11. Transgender individuals are the only persons diagnosed with gender dysphoria.

12. The DSM-5 defines gender dysphoria as a marked incongruence between one's

DECLARATION OF MARVIN-ANTHONY CARSON ALVISO, MD - 2

gender identity and their gender assigned as birth that lasts at least 6 months in duration. [1]

13. Transgender individuals need gender affirming care to treat the symptoms caused by gender dysphoria. Gender dysphoria and its related distress is alleviated when individuals are able to bring their physical appearance in line with their gender identity.

14. Gender-affirming care is safe, effective, and medically necessary treatment for transgender individuals with gender dysphoria.

15. Gender dysphoria is often heightened "when physical interventions by means of hormones and/or surgery are not available." DSM-5 at 451.

16. The standards of care for gender affirming care are provided by The World Professional Association for Transgender Health Healthcare (WPATH). WPATH is an international organization dedicated to establishing evidence-based best practices for the treatment of transgender individuals.

17. WPATH publishes the Standards of Care (SOC) for the Health of Transsexual, Transgender, and Gender Nonconforming People. The SOC provides clinical guidelines for medical treatment for gender dysphoria.

18. I follow the WPATH SOC in providing treatment to my patients.

19. I have reviewed research, attended conferences, and my own clinical practice has shown that gender-affirming medical care can be lifesaving treatment and has a positive impact on the short- and long- term health outcomes for transgender people.

20. In my experience, and in treating patients who have gone through surgical interventions, surgical interventions are safe, effective, and medically necessary treatments for

---

[1] Association AP. Diagnostic and statistical manual of mental disorders (DSM-5®). American Psychiatric Pub.

DECLARATION OF MARVIN-ANTHONY CARSON ALVISO, MD - 3

transgender individuals diagnosed with gender dysphoria.

21. Without gender affirming treatment, my patients suffering from gender dysphoria exhibit distress in the form of anxiety, feeling hopeless, depression, tearfulness, avoidance, substance abuse, and even suicide. Treatment delays exacerbate symptoms, increasing distress.

22. During my evaluation of whether to diagnose someone with gender dysphoria, a medical and psychosocial history of the patient is obtained. This includes the evolution of their gender identity, when symptoms began to manifest, types of symptoms, and whether any social transition has started. Not everyone who is evaluated for gender dysphoria meets the criteria, either because they have not had the symptoms for the required length of time, or the symptoms/distress can be managed in other ways.

23. During the evaluation, a history of mental health disorders and treatment is also obtained. The presence of co-occurring disorders does not preclude eligibility for medical intervention. Gender dysphoria can exacerbate and cause symptoms of depression, anxiety, eating disorder, etc., and symptoms will not improve or be in remission until the gender dysphoria is treated.

24. I determine that gender affirming care is appropriate for my patients when they have experienced a significant difference between one's experienced/expressed gender and assigned gender and has significant distress or problems functioning because of that difference for more than six months.

25. The criteria I evaluate when assessing whether or not someone experiences gender dysphoria includes: whether the patient reports a marked incongruence one's experienced/expressed gender and primary and/or secondary sex characteristics, a strong desire to be rid of one's primary and/or secondary sex characteristics, a strong desire for the primary

DECLARATION OF MARVIN-ANTHONY CARSON ALVISO, MD - 4

and/or secondary sex characteristics of the other gender, a strong desires to be of the other gender, a strong desire to be treated as the other gender, a strong conviction that one has the typical reaction and feelings of the other gender.

26. I have observed gender affirming care significantly improves depression, anxiety, and suicidal ideation and decreases distress.

27. Withholding or discontinuing effective medical treatment from individuals suffering from gender dysphoria will cause serious harm and will result in unnecessary distress to my patients with gender dysphoria.

28. I have been providing medical care for KB since 2021. They are my patient. KB identifies as non-binary.

29. I reviewed KB's medical history and went over their history of having the internal sense of gender not match their assigned at birth sex.

30. On June 21, 2021, I diagnosed KB as having gender dysphoria. I interviewed KB and established they met the WPATH criteria for being diagnosed with gender dysphoria. To alleviate KB's feelings of discomfort around their appearance and dysphoria around looking feminine, I prescribed KB testosterone cipronate injections.

31. In my opinion, KB needs to continue receiving gender-affirming care or they will suffer unnecessary distress.

32. I continue to treat KB but may not be able to if his Medicaid is prohibited from covering and reimbursing gender-affirming care.

33. Medicaid covers and reimburses testosterone cipronate injections – the same injections prescribed as gender affirming care to my transgender patients – when prescribed to cisgender individuals who are not diagnosed with gender dysphoria.

DECLARATION OF MARVIN-ANTHONY CARSON ALVISO, MD - 5

34. Starting July 1, 2024, Medicaid will not cover and reimburse testosterone cipronate injections for my transgender patients who are diagnosed with gender dysphoria.

35. All medications and procedures that are prescribed as gender affirming care to my transgender patients will not be covered or reimbursed by Medicaid after July 1, 2024, even though Medicaid will cover and reimburse the same procedures when it is for any treatment to a cisgender individual other than gender dysphoria.

36. H668, represents a grave violation of medical ethics. It denies transgender individuals the right to make informed decisions about their healthcare, contradicting the principles of patient autonomy and informed consent. By restricting access to gender-affirming treatments, this bill undermines the dignity and well-being of not just transgender individuals but their families and support systems as well.

37. H668 ignores established medical consensus and best practices. Leading medical organizations recognize the importance of gender-affirming care as an effective and evidence-based treatment for gender dysphoria. Denying transgender individuals access to these treatments not only goes against medical expertise but also places their health at risk. Arbitrary adjustments to medical standards of care only invite litigation, especially when one system prohibits this standard of care while another one endorses it.

38. The impact of restricting access to gender-affirming care cannot be overstated. It can lead to worsened mental health outcomes and increased rates of depression, anxiety, and suicide among transgender individuals. I have observed this in my practice. By perpetuating stigma and discrimination, H668 further marginalizes an already vulnerable population, exacerbating their struggles and hindering their ability to thrive.

39. Moreover, it is essential to recognize that many medical procedures considered

DECLARATION OF MARVIN-ANTHONY CARSON ALVISO, MD - 6

Doc ID: 4843977148bc97ee6e128b207a7c0f47e0ef5b7a

"elective" or non-urgent by the broader public are life-saving or medically indicated based on patients' needs. Procedures such as breast reduction for individuals suffering from chronic back pain, reconstructive surgeries for burn victims, and gender-affirming surgeries for transgender individuals are all examples of interventions that may be deemed "elective". Still, they are medically necessary for the patient's well-being and quality of life.

40. Transgender individuals are valuable members of our society, contributing in various roles and sectors. Denying them access to essential healthcare services harms their well-being and deprives our communities of their talents and contributions.

41. Prohibiting Medicaid from covering and reimbursement gender affirming care results in fragmented medical care. As a primary care provider, we address multiple issues and conditions that impact a patient's health. We address diagnoses that are interrelated in a visit. Gender dysphoria is related in many ways to a person's physical and mental health well-being. Excluding this diagnosis and any related treatment recommendations including referral and medications is false medicine.

42. Forcing transgender individuals to discontinue these medically necessary treatments will cause significant harm to my patients and all transgender individuals. Discontinuing medical treatments or making it that my patients or any transgender individual cannot access gender affirming care because of lack of coverage is not in my patients' best interest.

Dated this June 9, 2024.

_____
Marvin-Anthony Carson Alviso, MD.

DECLARATION OF MARVIN-ANTHONY CARSON ALVISO, MD - 7



Audit trail

| | |
|---|---|
| **Title** | MH.SJ.Declaration Alvisio Final 2024 06 09 |
| **File name** | MH.SJ.Declaration...al 2024 06 09.pdf |
| **Document ID** | 4843977148bc97ee6e128b207a7c0f47e0ef5b7a |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

**SENT**  
**06 / 09 / 2024**  
20:38:13 UTC-5  
Sent for signature to Marvin-Anthony Carson Alviso, MD (macalviso@icloud.com) from jane@janegordonlaw.com  
IP: 162.125.47.102

**VIEWED**  
**06 / 09 / 2024**  
21:41:49 UTC-5  
Viewed by Marvin-Anthony Carson Alviso, MD (macalviso@icloud.com)  
IP: 160.3.193.140

**SIGNED**  
**06 / 09 / 2024**  
21:42:41 UTC-5  
Signed by Marvin-Anthony Carson Alviso, MD (macalviso@icloud.com)  
IP: 160.3.193.140

**COMPLETED**  
**06 / 09 / 2024**  
21:42:41 UTC-5  
The document has been completed.

Powered by Dropbox Sign