5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

COLE ROBINSON, JANE POE, JANE DOE,

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; BRAD LITTLE, in his official capacity as Governor of the State of Idaho, JOSH TEWALT, in his

Case No. No. 1:24-cv-00306-DCN

APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Chase Strangio , hereby applies for admission pro hac vice to appear and participate in this case on behalf of Plaintiffs Cole Robinson, Jane Poe, Jane Doe and putative class.

The applicant hereby attests as follows:

1. Applicant resides in Queens County, New York , and practices at the following address and phone number 125 Broad Street, 18th Floor, New York, NY 10004; (212)549-2561

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:
Admissions Appended

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Paul Carlos Southwick , a member in good standing of the bar of this court, of the firm of American Civil Liberties Union of Iadaho , practices at the following office address and phone number: P.O. Box 1897, Boise, ID 83701; 208-344-9750

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 23rd day of July , 2024 .

/s/ Chase Strangio
Applicant

/s/ Paul Carlos Southwick
Designee

Signed under penalty of perjury.

**CHASE STRANGIO BAR ADMISSIONS**

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| New York Supreme Court, Appellate Division, 2nd Department | 4879466 | 1/26/2011 | Active |
| U.S. District Court, Southern District of New York | 4879466 | 4/19/2022 | Active |
| Court of Appeals for the 4th Circuit | n/a | 9/12/2016 | Active |
| Court of Appeals for the 6th Circuit | n/a | 4/4/2014 | Active |
| Court of Appeals for the 7th Circuit | n/a | 6/1/2014 | Active |
| Court of Appeals for the 8th Circuit | n/a | 9/14/2021 | Active |
| Court of Appeals for the 9th Circuit | n/a | 10/28/2020 | Active |
| Supreme Court of the United States | n/a | 2/23/2015 | Active |