Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio (*pro hac vice*)
Malita Picasso (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **ROBINSON**, et al.,<br><br>   *Plaintiffs*,<br><br>                v.<br><br>**LABRADOR**, et al.,<br><br>   *Defendants*. | Case No. 1:24-cv-00306-DCN<br><br>**NOTICE OF WITHDRAWAL OF CLASS REPRESENTATIVE JANE DOE** |

Counsel for Plaintiffs hereby provides notice of the withdrawal of Jane Doe as a proposed class representative. The other Plaintiffs continue to seek class certification and appointment as class representatives. Counsel for Plaintiffs notified Defense Counsel of this withdrawal on July 31, 2024, and State Defendants noted the withdrawal in their brief filed on the same day.

Dated: August 2nd, 2024

/s/ Paul C. Southwick
Paul C. Southwick

*Attorney for Plaintiffs*