# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

CIVIL PROCEEDINGS: **Pending Motion [docket 2]**

| | |
|---|---|
| Chief Judge David C. Nye | Date: **August 2, 2024** |
| Case No. 1:24-cv-00306-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Coeur d'Alene via Zoom | Reporter: Anne Bowline |
| | Time: 10:03 – 10:49 AM |

## ROBINSON, et al. v. LABRADOR, et al.

| | |
|---|---|
| Counsel for Plaintiff: | Paul Southwick (arguing), Emily M. Croston, & Malita V. Picasso, all via Zoom |
| Counsel for Defendant: | James J. Simeri (arguing for state defendants) & Matthew L. Maurer (in person); & Christina M. Hesse (for Centurion) via Zoom |

(X) After hearing argument, the Court took the matter under advisement with a written decision to be forthcoming regarding the PI and the Class Certification.
(X) A written decision with revised TRO will be issued today.