Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **COLE ROBINSON, et al.**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **RAÚL LABRADOR**, et al., <br><br> *Defendants*. | Case No. 1:24-cv-00306-DCN <br><br> **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY** |

PLEASE TAKE NOTICE, Plaintiffs JANE DOE and JANE POE hereby withdraw their Motion to Proceed in Pseudonym. Electronic Case Filing (ECF) 22. Plaintiffs have informed Defendants that they have withdrawn this motion.

Date: August 7, 2024

Respectfully submitted,

/s/ Paul C. Southwick
Paul C. Southwick
ACLU of Idaho Foundation

*Attorney for Plaintiffs*