Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **COLE ROBINSON**, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**RAÚL LABRADOR**, et al.,<br><br>*Defendants*. | Case No. 1:24-cv-00306-DCN<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF JANE DOE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jane Doe submits this notice of voluntary dismissal, without prejudice, as to all Defendants. Defendants have not served an answer or a motion for summary judgment. Accordingly, Plaintiff Jane Doe may voluntarily dismiss this action, without prejudice, pursuant to this notice.

Dated: August 15, 2024                               Respectfully submitted,

                                                     /s/ *Paul Carlos Southwick*
                                                     Paul Carlos Southwick (ISB No. 12439)

                                                     ACLU of Idaho Foundation