Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **COLE ROBINSON**, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**RAÚL LABRADOR**, et al.,<br><br>*Defendants*. | Case No. 1:24-cv-00306-DCN<br><br>**NOTICE OF LEGAL NAME OF JANE POE** |

On August 7, 2024, Plaintiffs Jane Doe and Jane Poe filed their Notice of Withdrawal of Motion to Proceed in Pseudonym. (Dkt. 52). Plaintiff Jane Doe then filed a Notice of Voluntary Dismissal earlier today. (Dkt. 55). Plaintiff Jane Roe previously disclosed her legal name as Cole Robinson. On July 25, the Court updated the case caption to reflect this Plaintiff's legal name. (Dkt. 42). Plaintiff Jane Poe is the only remaining Plaintiff whose legal name has not been disclosed. Plaintiff Jane Poe's legal name is Brody Mills.

Dated: August 15, 2024

Respectfully submitted,

/s/ *Paul Carlos Southwick*
Paul Carlos Southwick (ISB No. 12439)

ACLU of Idaho Foundation