UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COLE ROBINSON; and BRODY MILLS,<br><br>                 Plaintiffs,<br><br>v.<br><br>RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho; DIRECTOR IDOC JOSH TEWALT, in his official capacity as the Director of the Idaho Department of Corrections; GOVERNOR OF IDAHO BRAD LITTLE, in his official capacity as Governor of the State of Idaho; BREE DERRICK, in her official capacity as the Deputy Director of IDOC; CENTURION HEALTH; and CENTURION OF IDAHO, LLC,,<br><br>                 Defendants. | Case No. 1:24-cv-00306-DCN<br><br>**LITIGATION ORDER AND NOTICE OF TELEPHONIC SCHEDULING CONFERENCE** |

**THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1.     Pursuant to Dist. Idaho L. Rule 16.1, the parties must meet and determine:

     A.    A litigation plan and a discovery plan, including the issues related to discovery of electronically stored information, if either party contemplates such discovery. The Court's litigation plan form and the discovery plan form may be found on the District Court's website, www.id.uscourts.gov, under Forms.[1]

---

[1] The URL address to access the Court's forms may be found here:
http://id.uscourts.gov/district/forms_fees_rules/Civil_Forms.cfm

LITIGATION ORDER AND NOTICE OF TELEPHONIC SCHEDULING CONFERENCE - 1

B.  If the case is suitable for the Court's alternative dispute resolution (ADR) program, which type of ADR process is best suited to the specific circumstances of the case, and when the most appropriate time would be for the ADR session to be held. Dist. Idaho L. Rule 16.4.

2.  Initial disclosures must be made by the parties pursuant to Federal Rule of Civil Procedure 26.1 and Dist. Idaho L. Rule 16.1.

3.  If this matter is assigned to a magistrate judge, Counsel must review and be familiar with Dist. Idaho L. Rule 73.1 regarding the consent process for proceeding before a magistrate judge. Additional Information about the consent process may be found on the Court's website.[2]

4.  The Court will conduct a **telephonic scheduling conference** on **October 18, 2024**, at **9:00 a.m.** mountain time, (Pocatello chambers) for purpose of confirming the deadlines proposed by the parties in the joint Litigation Plan.

5.  **Plaintiffs** must initiate the conference call by placing it to (208) 478-8394 and must have all appropriate parties on the line.

6.  On or before **October 11, 2024**, the parties must file with the Court the joint Litigation Plan and Discovery Plan.

DATED: September 20, 2024

David C. Nye
Chief U.S. District Court Judge

---

[2] Information about the consent process may be found at the following URL address:
http://www.id.uscourts.gov/district/judges/Magistrate_Judge_Consent.cfm

LITIGATION ORDER AND NOTICE OF TELEPHONIC SCHEDULING CONFERENCE - 2