RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

JAMES J. SIMERI, ISB #12332
GREGORY E. WOODARD, ISB #11329
MATTHEW L. MAURER, ISB #12575
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
james.craig@ag.idaho.gov
james.simeri@ag.idaho.gov
greg.woodard@ag.idaho.gov
matthew.maurer@ag.idaho.gov

*Attorneys for Defendants Raúl Labrador, in his official capacity as Attorney General of the State of Idaho; Brad Little, in his official capacity as Governor of the State of Idaho, Josh Tewalt, in his official capacity as the Director of the Idaho Department of Corrections; and Bree Derrick, in her official capacity as the Deputy Director of IDOC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| COLE ROBINSON, et al.<br><br>      *Plaintiffs,*<br>  v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; et al.<br><br>      *Defendants.* | Case No. 1:24-cv-00306-DCN<br><br>**GOVERNOR LITTLE AND ATTORNEY GENERAL LABRADOR'S MOTION TO DISMISS AMENDED COMPLAINT** |

In their Amended Complaint, (Dkt. 65), Plaintiffs have included Governor Little and Attorney General Labrador, in their official capacities, as Defendants in this lawsuit. But Plaintiffs scarcely mention either the Governor or the Attorney General. The only allegations against Governor Little are that he signed HB 668, and that he has supreme executive authority, including the sole authority to fire the IDOC director. And the only allegation against Attorney General Labrador is that he has authority to bring legal action to enforce HB 668.

These allegations are not sufficient to state a claim against either Governor Little or Attorney General Labrador. Accordingly, under both Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Governor Little and Attorney General Labrador move to dismiss with prejudice all claims directed against them.

Defendants concurrently file a brief in support of this motion, which they adopt by reference. Therefore, Governor Little and Attorney General Labrador request that the Court dismiss all claims with prejudice, and provide all other relief that is just.

Dated: October 15, 2024

Office of the Attorney General

By: /s/ *James J. Simeri*
    JAMES J. SIMERI
    Deputy Attorney General

GOVERNOR LITTLE AND ATTORNEY GENERAL LABRADOR'S MOTION TO DISMISS AMENDED COMPLAINT—1

## CERTIFICATE OF SERVICE

I CERTIFY that on October 15, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Paul Carlos Southwick
psouthwick@acluidaho.org

Emily Myrei Croston
ecroston@acluidaho.org

Malita Picasso
mpicasso@aclu.org

Chase B. Strangio
cstrangio@aclu.org

Leslie Cooper
lcooper@aclu.org

*Attorneys for Plaintiffs*

Christina M. Hesse
cmh@dukeevett.com

Michael J. Bentley
mbentley@bradley.com

*Attorneys for Defendants Centurion of Idaho, LLC and Centurion, LLC*

/s/ James J. Simeri
JAMES J. SIMERI