Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso*
Leslie Cooper*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org
lcooper@aclu.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **KATIE ROBINSON, et al.**, *Plaintiffs*, v. **RAÚL LABRADOR**, et al., *Defendants*. | Case No. 1:24-cv-00306-DCN **MILLS DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR RENEWED PRELIMINARY INJUNCTION** |

I, Rose Mills, hereby declare as follows:

1. I offer this declaration in support of Plaintiffs' Motion for Renewed Preliminary Injunction.

2. I have personal knowledge of the facts set forth herein, and could and would testify competently to these facts if called as a witness.

3. I am currently incarcerated at Idaho State Correctional Center ("ISCC") in Boise, Idaho.

4. I was diagnosed with gender dysphoria in 2019. I continue to have a diagnosis for gender dysphoria. I regularly see IDOC providers to discuss my treatment for gender dysphoria.

5. Prior to the July 1 temporary restraining order I was concerned that I would lose my gender-affirming hormone therapy.

6. Because of the court's order, I have been able to continue receiving my hormone therapy. This medication is necessary to my wellbeing. When I first began hormone therapy, my depression subsided, and I was able to feel like more myself.

7. My hormone therapy makes me feel more mentally stable and more like myself. I love to read, and I currently work in recycling at the facility. I graduated with my GED in August of 2024. I am excited for and preparing for my release in 2025.

8. I continue to experience the benefits from hormone therapy today.

9. When I was previously taken off of my medication for nine months, I experienced severe depression and suicidality. I experienced mood swings and mental health impacts from being taken off the medication.

10. If my hormone therapy were discontinued, I would be scared for my life. Hormone therapy decreased my suicidality, depression, and anxiety. I fear that if my medical treatment was discontinued, I would suffer the same issues as I did before.

\\\

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 28, 2024 in Idaho.

_____
Rose Mills