Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso*
Leslie Cooper*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org
lcooper@aclu.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **KATIE ROBINSON, et al.**, *Plaintiffs*, v. **RAÚL LABRADOR**, et al., *Defendants*. | Case No. 1:24-cv-00306-DCN **HEREDIA DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR RENEWED PRELIMINARY INJUNCTION** |

I, Katie Heredia, hereby declare as follows:

1.　　I offer this declaration in support of Plaintiffs' Motion for Renewed Preliminary Injunction.

2. I have personal knowledge of the facts set forth herein and could and would testify competently to these facts if called as a witness.

3. I am currently incarcerated at Idaho State Correctional Center ("ISCC") in Boise, Idaho.

4. I was diagnosed with gender dysphoria in 2014. I continue to have a diagnosis for gender dysphoria today. I see a provider within ISCC every 90 days to discuss my treatment for gender dysphoria.

5. Prior to the July 1 temporary restraining order, I was concerned that I would lose my gender-affirming hormone therapy.

6. Because of the court's order, I have been able to continue receiving my hormone therapy. This medication is necessary to my wellbeing. Since I began hormone therapy, my depression subsided, and I was able to feel more myself.

7. After 10 years of hormone therapy, the therapy is still crucial to regulating my gender dysphoria and allowing me to feel well balanced and stable.

8. Hormone therapy is simply a regular part of my life today. I feel more myself on this treatment. I want to continue receiving this treatment.

9. Prior to starting hormone therapy, I experienced suicidality. Living in congruence with my gender identity and beginning hormone therapy alleviated this. If the hormone therapy were discontinued, I would be concerned for my physical and mental wellbeing. I could not survive being forced to live not as myself.

\\\

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 28, 2024 in Idaho.

_____
Katie Heredia