Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso*
Leslie Cooper*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org
lcooper@aclu.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **KATIE ROBINSON**, et al.,<br><br>   *Plaintiffs*,<br><br>         v.<br><br>**RAÚL LABRADOR**, et al.,<br><br>   *Defendants*. | Case No. 1:24-cv-00306-DCN<br>**PLAINTIFFS' UNOPPOSED MOTION TO ENTER STIPULATED PROTECTIVE ORDER** |

The parties anticipate the production of documents or information that at least one party considers to be, or to contain, confidential, proprietary, trade secret, or commercially or personally sensitive information, and that may be appropriately subject to protection under Federal Rule of Civil Procedure 26(c).

Plaintiffs respectfully move this Court, pursuant to Federal Rule of Civil Procedure 26(c), to enter the attached, proposed Stipulated Protective Order. The parties have conferred and agreed upon the terms of the attached proposed order.

Dated: November 11, 2024　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Emily Myrei Croston*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Emily Myrei Croston (ISB 12389)