Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso*
Leslie Cooper**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org
lcooper@aclu.org

*Admitted *pro hac vice*
**Motion for *pro hac vice* admission pending

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **KATIE ROBINSON**, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**RAÚL LABRADOR**, et al.,<br><br>*Defendants*. | Case No. 1:24-cv-00306-DCN<br><br>**DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CENTURION, LLC'S MOTION TO DISMISS (Dkt. 72)** |

I, Emily Croston, hereby declare as follows:

1. I offer this Declaration in support of Plaintiffs' Opposition to Centurion, LLC's Motion to Dismiss Amended Class Action Complaint for Declaratory and Injunctive Relief as to Centurion, LLC (Dkt. 72).

2. I have personal knowledge of the facts set forth herein, and could and would testify competently to these facts if called as a witness.

3. Attached as Exhibit A is a true and accurate copy of Centurion of Idaho, LLC's Identification of Likely E-Mail Custodians as transmitted to Plaintiffs' Counsel on October 25th, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2024 in Boise, Idaho.

*/s/ Emily Myrei Croston*

Emily Myrei Croston