Michael J. Bentley *(pro hac vice)*
MSB #102631; mbentley@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place
188 East Capitol Street, Suite 1000
Jackson, Mississippi 39201
Telephone: (601)-592-9935
Facsimile: (601)-592-1435

Christina M. Hesse
ISB #10712; cmh@dukeevett.com
DUKE EVETT, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone: (208)-342-3310
Facsimile: (208)-342-3299

*Attorneys for Defendants Centurion of Idaho, LLC and Centurion, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COLE ROBINSON and JANE POE,<br><br>Plaintiffs,<br>v.<br><br>RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho; BRAD LITTLE, in his official capacity as Governor of the State of Idaho; JOSH TEWALT, in his official capacity as the Director of the Idaho Department of Corrections; BREE DERRICK, in her official capacity as the Deputy Director of IDOC; CENTURION OF IDAHO, LLC; CENTURION, LLC,<br><br>Defendants. | Case No. 1:24-cv-00306-DCN<br><br>**CENTURION OF IDAHO, LLC'S IDENTIFICATION OF LIKELY E-MAIL CUSTODIANS** |

PLEASE TAKE NOTICE Defendant Centurion of Idaho, LLC, by and through its counsel of record, Duke Evett, PLLC, and Bradley Arant Boult Cummings LLP, hereby

**CENTURION OF IDAHO, LLC'S IDENTIFICATION OF LIKELY E-MAIL CUSTODIANS - 1**

identifies the following likely e-mail custodians, pursuant to this Court's Joint Litigation and Discovery Plan [78]:

1. John P. May, MD, FACP, Chief Medical Officer;
2. Morgan Gruhot, PhD., LCSW, Idaho Statewide Behavioral Health Director;
3. Tonya McMilian, RN, BSN, Vice President of Operations;
4. Wendy Orm, MD, Statewide Medical Director;
5. Ashley Rino, RN;
6. Chris Johnson, Health Services Administrator;
7. Seaaira Reedy, Psy.D., CCHP-MH, Vice President of Behavioral Health Services;
8. Kate Wilks, MD, CCHP-CP, ISCC Site Medical Director; and
9. Conrad Graber, Regional Vice President of Operations.

DATED this 25th day of October 2024.

        DUKE EVETT, PLLC,

        By: /s/ Christina M. Hesse
            Christina M. Hesse – Of the Firm
            *Attorney for Defendants Centurion of Idaho,*
            *LLC and Centurion, LLC*

        BRADLEY ARANT BOULT CUMMINGS LLP,

        By: /s/ Michael J. Bentley
            Michael J. Bentley *(pro hac vice)*
            *Attorney for Defendants Centurion of Idaho,*
            *LLC and Centurion, LLC*

# CERTIFICATE OF SERVICE

I certify that on this 25th day of October 2024, I emailed the foregoing document to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | | |
|---|---|---|
| Paul Carlos Southwick<br>Emily Myrei Croston<br>ACLU OF IDAHO FOUNDATION<br>P.O. Box 1897<br>Boise, Idaho 83701<br>*Attorneys for Plaintiffs* | [ ]<br>[ ]<br>[ ]<br>[X] | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>iCourt/E-Filing<br>psouthwick@acluidaho.org<br>ecroston@acluidaho.org |
| Chase B. Strangio<br>Malita Picasso<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street<br>New York, New York 10004<br>*Attorneys for Plaintiffs (pro hac vice)* | [ ]<br>[ ]<br>[ ]<br>[X] | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>iCourt/E-Filing<br>cstrangio@aclu.org<br>mpicasso@aclu.org |
| Raul Labrador<br>James E. M. Craig<br>James J. Simeri<br>Gregory E. Woodard<br>Matthew L. Maurer<br>OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 83720<br>Boise, Idaho 83720-0010<br>*Attorneys for Defendants Raul Labrador, Brad Little, Josh Tewalt, and Bree Derrick* | [ ]<br>[ ]<br>[ ]<br>[X] | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>iCourt/E-Filing<br>james.craig@ag.idaho.gov<br>james.simeri@ag.idaho.gov<br>greg.woodard@ag.idaho.gov<br>matthew.maurer@ag.idaho.gov |

/s/ Christina M. Hesse
Christina M. Hesse