Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso*
Leslie Cooper**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org
lcooper@aclu.org

*Admitted *pro hac vice*
**Motion for *pro hac vice* admission pending

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **KATIE ROBINSON**, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**RAÚL LABRADOR**, et al.,<br><br>*Defendants*. | Case No. 1:24-cv-00306-DCN<br><br>**DECLARATION IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR RENEWED PRELIMINARY INJUNCTION (Dkt. 80)** |

I, Emily Croston, hereby declare as follows:

1. I offer this Declaration in support of Plaintiffs' Reply in Support of Plaintiffs' Motion for Renewed Preliminary Injunction (Dkt. 80).

2. I have personal knowledge of the facts set forth herein, and could and would testify competently to these facts if called as a witness.

3. Attached as Exhibit A is a true and accurate copy of email communications between counsel for defendants and counsel for the plaintiff class regarding the disclosure of class member names and locations.

4. Following the court clerk's direction at the October 18, 2024 Scheduling Conference, the parties conferred on October 28 and 30, 2024. The parties discussed, among other things, providing names and locations of class members.

5. At the October 30, 2024 meeting, counsel for Centurion defendants and state defendants indicated that, due to concerns over compliance with the Health Insurance Portability and Accountability Act (HIPAA), they would not provide plaintiffs' counsel with a list of class member names and locations, even if a valid protective order were put in place.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 20, 2024 in Boise, Idaho.

*/s/ Emily Myrei Croston*

Emily Myrei Croston