## Emily Croston - she/her

| | |
|---|---|
| **From:** | Emily Croston - she/her <ECroston@acluidaho.org> |
| **Sent:** | Wednesday, October 9, 2024 9:10 AM |
| **To:** | Bentley, Michael; James Simeri; Christina M. Hesse; Malita Picasso; Alex Johnson; Leslie Cooper; Chase Strangio; Paul Southwick - he/him/his |
| **Cc:** | Matthew Maurer; Greg Woodard; James Craig |
| **Subject:** | Re: Discovery and other Updates - Robinson v. Labrador |

Good morning,

Given the Court's deadline of this Friday for filing the Joint Litigation and Discovery Plan, please provide defendants' plan for exchanging edits. Plaintiffs' counsel is concerned that the delay in exchanging edits does not provide sufficient time for reaching agreement on any disputed portions of the draft joint plan we shared over three weeks ago.

Additionally, plaintiffs' counsel is again requesting the names and locations of all current class members that Centurion and IDOC are aware of. We need this information in order to provide notice to class members of this litigation and its effects on their medical care. Otherwise, in order to fulfill our obligations as class counsel, we will be forced to move the court to order notice to the class under Fed. R. Civ. P. 23(c)(2)(A).

Finally, as HB 668's requirements will not change prior to the expiration of the preliminary injunction under the PLRA, will defendants' counsel stipulate to leave the preliminary injunction in place through discovery? If so, we will send over a draft stipulation for your review.

We look forward to collaborating on these issues to ensure a smooth resolution of this case.

Thank you,
Emily Croston

**Emily M. Croston (She/Her)**
**Staff Attorney**
American Civil Liberties Union of Idaho
P.O. Box 1897, Boise, ID 83701
Tel:  (208) 781-6190
E-mail:  ecroston@acluidaho.org
Website:  www.acluidaho.org



DONATE | BECOME A MEMBER

This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication

does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties. The views and opinions expressed in this communication do not necessarily reflect the official positions of the staff, management and directors of the American Civil Liberties Union of Idaho, the American Civil Liberties Union Foundation of Idaho, American Civil Liberties Union, the American Civil Liberties Union Foundation, its affiliates, or its chapters.

---

**From:** Emily Croston - she/her <ECroston@acluidaho.org>
**Sent:** Monday, October 7, 2024 9:55 AM
**To:** Bentley, Michael <mbentley@bradley.com>; James Simeri <James.Simeri@ag.idaho.gov>; Christina M. Hesse <cmh@dukeevett.com>; Malita Picasso <MPicasso@aclu.org>; Alex Johnson <a.johnson@aclu.org>; Leslie Cooper <LCOOPER@aclu.org>; Chase Strangio <cstrangio@aclu.org>; Paul Southwick - he/him/his <PSouthwick@acluidaho.org>
**Cc:** Matthew Maurer <Matthew.Maurer@ag.idaho.gov>; Greg Woodard <Greg.Woodard@ag.idaho.gov>; James Craig <James.Craig@ag.idaho.gov>
**Subject:** Re: Discovery and other Updates - Robinson v. Labrador

Good morning,

Do defendants' counsel have a date in mind to exchange edits to the Joint Litigation and Discovery Plan? The court has set a deadline of this Friday for filing the joint plan. In order to exchange edits and reach agreement we would ask that defendants exchange their edits as soon as possible.

We are again requesting the names and locations of all current class members that Centurion and IDOC are aware of. We need this information in order to provide notice to class members of this litigation and its effects on their medical care. Please let me know how long you anticipate needing to gather and provide this information.

Thank you,
Emily Croston

---

**From:** Bentley, Michael <mbentley@bradley.com>
**Sent:** Friday, September 27, 2024 2:51 PM
**To:** Emily Croston - she/her <ECroston@acluidaho.org>; James Simeri <James.Simeri@ag.idaho.gov>; Christina M. Hesse <cmh@dukeevett.com>; Malita Picasso <MPicasso@aclu.org>; Alex Johnson <a.johnson@aclu.org>; Leslie Cooper <LCOOPER@aclu.org>; Chase Strangio <cstrangio@aclu.org>; Paul Southwick - he/him/his <PSouthwick@acluidaho.org>
**Cc:** Matthew Maurer <Matthew.Maurer@ag.idaho.gov>; Greg Woodard <Greg.Woodard@ag.idaho.gov>; James Craig <James.Craig@ag.idaho.gov>
**Subject:** RE: Discovery and other Updates - Robinson v. Labrador

**This Message Is From an External Sender**
This message came from outside your organization.

Emily –

Thank you for letting us know about the forthcoming amended complaint.  Centurion does not object to plaintiffs amending their complaint by Sept. 30, as they have a right to do under FRCP 15.

Michael