RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

JAMES J. SIMERI, ISB #12332
GREGORY E. WOODARD, ISB #11329
MATTHEW L. MAURER, ISB #12575
DAVID J. MYERS, ISB #6528
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
james.craig@ag.idaho.gov
james.simeri@ag.idaho.gov
greg.woodard@ag.idaho.gov
matthew.maurer@ag.idaho.gov
david.myers@ag.idaho.gov

*Attorneys for State Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBINSON *et al.*,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; et al.<br><br>    *Defendants.* | Case No. 1:24-cv-00306-DCN<br><br>**DEFENDANTS JOSH TEWALT AND BREE DERRICK'S MOTION TO AMEND ANSWER TO AMENDED CLASS ACTION COMPLAINT [DKT. 74]** |

In compliance with the Scheduling Order in this case (Dkt. 79 ¶ 2), State Defendants respectfully move to amend their Answer (Dkt. 74) to add two counterclaims.

In accordance with Loc. Civ. R. 7.1(b)(1), State Defendants concurrently file, and incorporate by reference, a memorandum of points and authorities in support of this motion.

In accordance with Loc. Civ. R. 15.1, State Defendants also concurrently file:

- The proposed Amended Answer and Counterclaims; and
- A version of the proposed Amended Answer and Counterclaims that shows how the proposed amended pleading differs from the operative pleading.

DATED: January 21, 2025

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

        By: /s/ *James J. Simeri*
            JAMES J. SIMERI
            Deputy Attorney General

## **CERTIFICATE OF SERVICE**

      I certify that on January 21, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Paul Carlos Southwick<br>psouthwick@acluidaho.org | Christina M. Hesse<br>cmh@dukeevett.com |
| Emily Myrei Croston<br>ecroston@acluidaho.org | Michael J. Bentley<br>*mbentley@bradley.com* |
| Malita Picasso<br>mpicasso@aclu.org | *Attorneys for Defendants Centurion of Idaho, LLC and Centurion Health* |
| Chase B. Strangio<br>cstrangio@aclu.org | |
| Leslie J. Cooper<br>lcooper@aclu.org | |

*Attorneys for Plaintiff*

                                            /s/ *James J. Simeri*
                                            JAMES J. SIMERI