RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

JAMES J. SIMERI, ISB #12332
GREGORY E. WOODARD, ISB #11329
MATTHEW L. MAURER, ISB #12575
DAVID J. MYERS, ISB #6528
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
james.craig@ag.idaho.gov
james.simeri@ag.idaho.gov
greg.woodard@ag.idaho.gov
matthew.maurer@ag.idaho.gov
david.myers@ag.idaho.gov

*Attorneys for State Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBINSON, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; *et al.*<br><br>*Defendants.* | Case No. 1:24-cv-00306-DCN<br><br>**SURSURREPLY IN SUPPORT OF GOVERNOR LITTLE AND ATTORNEY GENERAL LABRADOR'S MOTION TO DISMISS AMENDED COMPLAINT [DKT. 75]** |

Under the Court's grant of leave for Plaintiffs to file a surreply [Dkt. 107], the Court authorized State Defendants to file a one-page sursurreply.

In their surreply, Plaintiffs did not raise any issue that has not already been addressed in the parties' previous briefing. Most importantly, Plaintiffs have still failed to cite even a *single* case where a state attorney general is found to be a proper defendant in prison litigation. Accordingly, State Defendants Governor Little and Attorney General Labrador have no additional briefing to submit.

DATED: January 29, 2025

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

        By:   /s/ *Matthew L. Maurer*
             MATTHEW L. MAURER
             Deputy Attorney General

## CERTIFICATE OF SERVICE

       I certify that on January 29, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Paul Carlos Southwick
psouthwick@acluidaho.org

Emily Myrei Croston
ecroston@acluidaho.org

Malita Picasso
mpicasso@aclu.org

Chase B. Strangio
cstrangio@aclu.org

Leslie J. Cooper
lcooper@aclu.org

*Attorneys for Plaintiffs*

Christina M. Hesse
cmh@dukeevett.com

Michael J. Bentley
mbentley@bentley.com

*Attorneys for Defendants Centurion of Idaho, LLC and Centurion Health*


          /s/ *Matthew L. Maurer*
          MATTHEW L. MAURER