UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KATIE ROBINSON, et al,<br><br>                Plaintiffs,<br><br>v.<br><br>RAUL LABRADOR; et al.,<br><br>                Defendants. | Case No. 1:24-cv-00306-DCN<br><br>**ORDER REGARDING JOINT MOTION TO EXTEND DISCOVERY DEADLINES AND DISPOSITIVE MOTIONS DEADLINES** |

This matter came before the Court on the Parties' Joint Motion to Continue Discovery and Dispositive Motion Deadlines (the "Motion"). Plaintiffs, State Defendants, and Centurion Defendants collectively submit their Joint Motion to the Court.

The Court hereby finds that the Parties have demonstrated good cause and met the standards for extending the discovery deadlines and dispositive motions deadline pursuant to Federal Rules of Civil Procedure (F.R.C.P.) 16 and District Local Rules 6.1 and 7.1(a).

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion is **GRANTED**, and the new case deadlines are as follows:

- Close of fact discovery: October 6, 2025;
- Exchange of expert reports: November 4, 2025;

ORDER - 1

- Exchange of rebuttal expert reports: December 8, 2025;

- Close of expert discovery: January 19, 2026; and

- Dispositive motion deadline: February 9, 2026.

IT IS SO ORDERED.

DATED: May 7, 2025

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 2