Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso*
Leslie Cooper*
Alexandra R. Johnson*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org
lcooper@aclu.org
a.johnson@aclu.org

Pilar C. French*
Harlan Mechling*
Carlisle S. Pearson*
Nicholas J.H. Mercado*
Antonia Gales*
BALLARD SPAHR LLP
601 S.W. Second Avenue, Suite 2100
Portland, OR 97204
Tel: (503) 778-2100
frenchp@ballardspahr.com
mechlingh@ballardspahr.com
pearsoncs@ballardspahr.com
mercadon@ballardspahr.com
galesa@ballardspahr.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **KATIE ROBINSON**, et al., <br> *Plaintiffs*, <br> v. <br> **RAÚL LABRADOR**, et al., <br> *Defendants*. | Case No. 1:24-cv-00306-DCN <br> **PLAINTIFFS' MOTION FOR FIFTH PRELIMINARY INJUNCTION** |

Plaintiffs request this court issue a new Preliminary Injunction mirroring its May 30, 2025, Preliminary Injunction prior to September 1, 2025—the current injunction's 90-day expiration date under

the Prison Litigation Reform Act ("PLRA").[1] 18 U.S.C. § 3626(a)(2) ("Preliminary injunctive relief shall automatically expire on the date that is 90 days after its entry, unless the court makes the findings required under subsection (a)(1) for the entry of prospective relief and makes the order final before the expiration of the 90-day period.").

      This motion is based on the attached memorandum of law in its support.

Dated:  August 12, 2025                                Respectfully submitted,

                                                                /s/ *Emily Myrei Croston*
                                                                Emily Myrei Croston (ISB No. 12389)

                                                                ACLU of Idaho Foundation

---

[1] While the Court's order was entered and opinion filed on May 30, 2025, the injunction was set to take effect June 3, 2025, *see* Dkt. 137 at 9, n.4, making September 1, 2025 its 90-day expiration date.