RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

JAMES J. SIMERI, ISB #12332
GREGORY E. WOODARD, ISB #11329
MATTHEW L. MAURER, ISB #12575
DAVID J. MYERS, ISB #6528
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
james.craig@ag.idaho.gov
james.simeri@ag.idaho.gov
greg.woodard@ag.idaho.gov
matthew.maurer@ag.idaho.gov
david.myers@ag.idaho.gov

*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBINSON *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; et al.<br><br>*Defendants.* | Case No. 1:24-cv-00306-DCN<br><br>**STATE DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |

State Defendants respectfully request this Court to issue a protective order, in accordance with Federal Rule of Civil Procedure 26(c), to forbid the discovery of former Idaho Department of Correction (IDOC) Director Josh Tewalt's personal cell phone records and IDOC Chief Psychologist Walter Campbell's personal cell phone records, which Plaintiffs have subpoenaed from their wireless carriers (attachments).

In accordance with Loc. Civ. R. 7.1(b)(1), State Defendants concurrently file, and incorporate by reference, a memorandum of points and authorities in support of this motion as well as Plaintiffs' subpoenas.

DATED: August 13, 2025

                                          STATE OF IDAHO
                                          OFFICE OF THE ATTORNEY GENERAL

                                    By:   /s/ *Matthew L. Maurer*
                                                MATTHEW L. MAURER
                                                Deputy Attorney General

## **CERTIFICATE OF SERVICE**

      I certify that on August 13, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Paul Carlos Southwick<br>psouthwick@acluidaho.org | Christina M. Hesse<br>cmh@dukeevett.com |
| Emily Myrei Croston<br>ecroston@acluidaho.org | Michael J. Bentley<br>*mbentley@bradley.com* |
| Malita Picasso<br>mpicasso@aclu.org | *Attorneys for Defendants Centurion of Idaho, LLC and Centurion Health* |
| Chase B. Strangio<br>cstrangio@aclu.org | |
| Leslie J. Cooper<br>lcooper@aclu.org | |
| Alexandra Johnson<br>a.johnson@aclu.org | |
| Carlisle S. Pearson<br>pearsoncs@ballardspahr.com | |
| Harlan T. Mechling<br>mechlingh@ballardspahr.com | |
| Nicholas J.H. Mercado<br>mercadon@ballardspahr.com | |
| Pilar C. French<br>frenchp@lanepowell.com | |

*Attorneys for Plaintiff*

                                               /s/ *Matthew L. Maurer*
                                                MATTHEW L. MARER