RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

JAMES J. SIMERI, ISB #12332
GREGORY E. WOODARD, ISB #11329
MATTHEW L. MAURER, ISB #12575
DAVID J. MYERS, ISB #6528
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
james.craig@ag.idaho.gov
james.simeri@ag.idaho.gov
greg.woodard@ag.idaho.gov
matthew.maurer@ag.idaho.gov
david.myers@ag.idaho.gov

*Attorneys for State Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBINSON, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br> RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; *et al.*, <br><br> *Defendants.* | Case No. 1:24-cv-00306-DCN <br><br> **RULE 26(C)(1) CERTIFICATION** |

Pursuant to Federal Rule of Civil Procedure 26(c)(1) and District Local Rule Civ. 37.1, the undersigned certifies that he has in good faith conferred, via email and video call, with counsel for Plaintiffs in an effort to resolve the dispute without Court action, but has been unable to resolve this matter without seeking the Court's intervention.

DATED: August 13, 2025

                                  STATE OF IDAHO
                                  OFFICE OF THE ATTORNEY GENERAL

                                By: /s/ *Matthew L. Maurer*
                                      MATTHEW L. MAURER
                                      Deputy Attorney General

## **CERTIFICATE OF SERVICE**

I certify that on August 13, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Paul Carlos Southwick
psouthwick@acluidaho.org

Emily Myrei Croston
ecroston@acluidaho.org

Malita Picasso
mpicasso@aclu.org

Chase B. Strangio
cstrangio@aclu.org

Leslie J. Cooper
lcooper@aclu.org
Alexandra Johnson
a.johnson@aclu.org

Carlisle S. Pearson
pearsoncs@ballardspahr.com

Harlan T. Mechling
mechlingh@ballardspahr.com

Nicholas J.H. Mercado
mercadon@ballardspahr.com

Pilar C. French
frenchp@lanepowell.com
*Attorneys for Plaintiff*

Christina M. Hesse
cmh@dukeevett.com

Michael J. Bentley
mbentley@bentley.com

*Attorneys for Defendants Centurion of Idaho, LLC and Centurion Health*

/s/ *Matthew L. Maurer*
MATTHEW L. MAURER