Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso*
Leslie Cooper*
Alexandra R. Johnson*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org
lcooper@aclu.org
a.johnson@aclu.org

Pilar C. French*
Harlan Mechling*
Carlisle S. Pearson*
Nicholas J.H. Mercado*
Antonia Gales*
BALLARD SPAHR LLP
601 S.W. Second Avenue, Suite 2100
Portland, OR 97204
Tel: (503) 778-2100
frenchp@ballardspahr.com
mechlingh@ballardspahr.com
pearsoncs@ballardspahr.com
mercadon@ballardspahr.com
galesa@ballardspahr.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **KATIE ROBINSON,** et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> **RAÚL LABRADOR**, et al., <br><br> *Defendants*. | Case No. 1:24-cv-00306-DCN <br><br> **NOTICE OF WITHDRAWAL OF CLASS REPRESENTATIVE** |

    PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure 21 and 23(d)(1), Plaintiffs hereby withdraw Rose Mills as a class representative. Rose Mills is no longer

a proper party and no longer able to serve as a class representative because she has been released from Idaho Department of Correction custody.

 This withdrawal does not alter the class definition, claims, or posture of the case.

Dated: August 28, 2025                Respectfully submitted,

                          */s/ Harlan Mechling*
                          Harlan Mechling