Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso*
Leslie Cooper*
Alexandra R. Johnson*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org
lcooper@aclu.org
a.johnson@aclu.org

Pilar C. French*
Harlan Mechling*
Carlisle S. Pearson*
Nicholas J.H. Mercado*
Antonia Gales*
BALLARD SPAHR LLP
601 S.W. Second Avenue, Suite 2100
Portland, OR 97204
Tel: (503) 778-2100
frenchp@ballardspahr.com
mechlingh@ballardspahr.com
pearsoncs@ballardspahr.com
mercadon@ballardspahr.com
galesa@ballardspahr.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **KATIE ROBINSON,** et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> **RAÚL LABRADOR**, et al., <br><br> *Defendants*. | Case No. 1:24-cv-00306-DCN <br><br> **PLAINTIFFS' MOTION TO AMEND CLASS ACTION COMPLAINT** |

    Plaintiffs move for leave to file this Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2). This second amendment is filed to reflect the withdrawal of Rose Mills as a class representative due to her release from incarceration (*see* dkts. 149, 150) and the addition of Izaiha Singer as a class representative. Defense Counsel for State Defendants and Centurion have

expressed that they are not opposed to Plaintiffs filing this amendment, though they do not thereby admit to the allegations contained therein.

This motion is supported by the attached memorandum of law in support. Also attached is the proposed Second Amended Class Action Complaint and a redlined version of the same. Plaintiffs respectfully request that the court grant this motion and allow Plaintiffs to substitute Izaiha Singer as class representative.

///

September 23, 2025

                                            Respectfully submitted,

                                            /s/ Emily Myrei Croston

                                            Attorney for Plaintiffs