Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso*
Leslie Cooper*
Alexandra R. Johnson*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org
lcooper@aclu.org
a.johnson@aclu.org

Pilar C. French*
Harlan Mechling*
Carlisle S. Pearson*
Nicholas J.H. Mercado*
Antonia Gales*
BALLARD SPAHR LLP
601 S.W. Second Avenue, Suite 2100
Portland, OR 97204
Tel: (503) 778-2100
frenchp@ballardspahr.com
mechlingh@ballardspahr.com
pearsoncs@ballardspahr.com
mercadon@ballardspahr.com
galesa@ballardspahr.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **KATIE ROBINSON,** et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> **RAÚL LABRADOR,** et al., <br><br> *Defendants.* | Case No. 1:24-cv-00306-DCN <br><br> **DECLARATION OF ~~ISAIAH~~ IZAIHA SINGER** |

I, ~~Isaiah~~ Izaiha Singer,[1] hereby declare as follows:

---

[1] I go by the name ~~Isaiah~~ Izaiha Singer. My legal name, which IDOC uses in their records, is Cari Singer.

1. I offer this Declaration in support of Plaintiffs' Motion to Amend the Complaint.

2. I have personal knowledge of the facts set forth herein and could and would testify competently to these facts if called as a witness.

3. I am a Plaintiff in this action. My name is ~~Isaiah~~ Izaiha Singer. I do not go by my legal name.

4. I was assigned female at birth, but I am a two-spirit, transgender man.

5. I have always known I was a man. I have gone by the name Isaiah for two years, but prior to that I went by masculine nicknames. I have used masculine pronouns since 5th grade.

6. I am currently incarcerated at Pocatello Women's Correctional Center in Pocatello, Idaho. I have been incarcerated since November of 2023. My sentence satisfaction date is May 11, 2028.

7. I was assessed for and diagnosed with gender dysphoria by an IDOC clinician, Lucia Venegas, on January 31, 2024.

8. My gender dysphoria diagnosis was confirmed by the Management and Treatment Committee in February of 2024.

9. Dr. Marvin Alviso assessed me and prescribed hormone therapy to treat my gender dysphoria in February of 2024.

10. On March 14, 2024, I received my first Testosterone Cypionate injection. I receive these injections once per week.

11. The testosterone injections make me feel more secure about myself. I feel more

comfortable being masculine and feeling like who I am supposed to be.

12. On June 24, 2024, I was informed that my Testosterone would be titrated to zero in accordance with the new state law.

13. From July 1, 2024, to August 4, 2024, my Testosterone dosage was titrated from 80mg to 50mg due to the state law.

14. On August 4, 2024, my medication was ordered to be titrated up to its dosage prior to July 1, 2024, as a result of the court order in this case. I received my prescribed dosage of 80mg on August 8, 2024.

15. I last met with Dr. Alviso in March of 2025, and he recommended I continue my hormone therapy.

16. If I am cut off from my medication I will experience harm from the recurrence of my gender dysphoria, including depression and anxiety surrounding my gender.

17. I understand that I am asking the court to appoint me as a class representative in this case. I understand that I am bringing this lawsuit not only to protect my own interests, but also the interests of all the class members. I want to protect access to hormone therapy for myself and other incarcerated people like me in Idaho.

//
//
//
//
//

I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct to the best of my knowledge.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this **25** day of August, 2025 in Pocatello, Idaho.

By: _Izaiha Singer_
    ▇▇▇▇ Singer
    ▇▇▇▇
    IZAIHA