| | |
|---|---|
| **From:** | Matthew Maurer |
| **To:** | Mechling, Harlan; Christina M. Hesse |
| **Cc:** | Paul Southwick - he/him/his; Chaney, Kelley; Perry, Mary; Emily J. Mulcahy; James Simeri |
| **Subject:** | RE: ACLU - Robinson: 4.10.25 ESI Meeting Agenda |
| **Date:** | Friday, April 11, 2025 5:24:00 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |

Harlan,

As promised, below is an update on the items you flagged below that are still outstanding:

1. Cell phones preservation:

    As previously stated, we have asked custodians Josh Tewalt and Bree Derrick to preserve their cell phone data, as that was agreed to in the amended litigation and discovery plan. State Defendants reiterate our position that the plan is not retroactive but rather took effect as of the date it was adopted by the Court.

2. Replacement Deputy:

    As of today, there is no replacement IDOC deputy director.

3. Cell phones production:

    As previously stated, the work emails State Defendants are producing live on a server and are being produced regardless of whether they are sent from a phone or computer. State Defendants will address Plaintiffs' "request for the production of all cell phone/mobile device records" when we respond to Plaintiff's second discovery request, in the normal course of discovery.

7. PI Stipulation:

    State Defendants will not stipulate to any preliminary injunctions.

9. Discovery staffing:

    State Defendants intend to add staffing to our discovery review efforts to help speed along discovery.

I believe the rest of the issues below were addressed in our conferral this week, but please let me know if I've missed anything. Have a good weekend all.

Best,

Matt



Matthew L. Maurer | Deputy Attorney General
Civil Litigation and Constitutional Defense Division
Office of the Attorney General | State of Idaho
O: 208-332-3556 | W: ag.idaho.gov

---

**From:** Mechling, Harlan <MechlingH@ballardspahr.com>
**Sent:** Thursday, April 10, 2025 1:50 PM
**To:** Matthew Maurer <Matthew.Maurer@ag.idaho.gov>; Christina M. Hesse <cmh@dukeevett.com>
**Cc:** Paul Southwick - he/him/his <PSouthwick@acluidaho.org>; Chaney, Kelley <ChaneyK@ballardspahr.com>; Perry, Mary <perryme@ballardspahr.com>; Emily J. Mulcahy <ejm@dukeevett.com>
**Subject:** ACLU - Robinson: 4.10.25 ESI Meeting Agenda

Matt and Christina,

Below is the proposed agenda for today's ESI meeting:

**1. Updates on Josh Tewalt's ESI and Cell Phone Collection**

Plaintiffs request the status of any efforts to locate and produce Josh Tewalt's phone records and other ESI.

**2. Replacement of Bree Derrick as Deputy Director of IDOC**

Plaintiffs request clarification on the status of Bree Derrick's replacement as Deputy Director of IDOC.

**3. Scope of Discovery – Cell Phone Records and Text Messages**

Plaintiffs request an update on the state's position regarding cell phone/text message collection. Our preliminary review has confirmed that many of the ESI custodians are using mobile devices to send and receive work related messages, including Katie Wilks, Statewide Medical Director for Centurion who's official email signature states that she prefers being contacted on her mobile number (i.e., to receive calls and texts on her cell phone):

Message

From: kwilks@TeamCenturion.com [kwilks@TeamCenturion.com]
Sent: 4/22/2024 8:55:29 PM
To: marvinalviso@fullcircleidaho.org
Subject: Gender dysphoria treatment and the new Idaho law

Dr. Alviso
Wondering if you have a moment to talk about the new law with GD treatment in Idaho.
DOC hasn't shared much after meeting with their legal team today.
We are meeting with our legal team on Friday.

Thanks,
This message was sent from my mobile device.
Kate Wilks, MD, CCHP
Idaho Statewide Medical Director

Healthcare beyond patient care, healthcare for humanity.

Centurion Regional Office
8517 West Overland Road
Boise, ID 83709
Direct: 317-912-1203
*Mobile (preferred): 937-404-8984
Fax: 208-545-5579
kwilks@teamcenturion.com | TeamCenturion.com

Get Outlook for Android

---

From: Wilks, Kate <kwilks@TeamCenturion.com>
Sent: Monday, May 13, 2024 9:01 AM
To: McMilian, Tonya <tmcmilian@TeamCenturion.com>
Subject: Re: Idaho Transgender Law Discussion

I just spoke with Dr May. He said in Florida the used an account not associated with the contract to pay for the meds as they had a similar law pass last year and TN apparently has a similar law going into effect.
FYI
Thanks

This message was sent from my mobile device.
Kate Wilks, MD, CCHP-CP
Idaho Statewide Medical Director

Healthcare beyond patient care, healthcare for humanity.

Centurion Regional Office
8517 West Overland Road
Boise, ID 83709
Direct: 317-912-1203
*Mobile (preferred): 937-404-8984
Fax: 208-545-5579
kwilks@teamcenturion.com | TeamCenturion.com

Get Outlook for Android

Tewalt's messages always appear to be from his iPhone:



Patrick Franks is with IDOC. He sends messages from his iPhone and lists his mobile number in his official email signature, implying that he can be called/texted at that number for work related matters:

**Message**

**From:** Franks, Patrick [pfranks@idoc.idaho.gov]
**Sent:** 7/8/2024 1:32:08 PM
**To:** Wilks, Kate [kwilks@TeamCenturion.com]; Siegert, Rona [rsiegert@idoc.idaho.gov]
**CC:** McMilian, Tonya [tmcmilian@TeamCenturion.com]
**Subject:** Re: GD medication taper

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Thank you for the update, Dr. Wilks.

**Patrick Franks**
Business Support Manager
Idaho Department of Correction
1299 N Orchard Ste 110
Boise, ID 83706
Office (208) 658-2194
Mobile (435) 680-5100

Get Outlook for iOS

IDOC Data Sensitivity Classification - L3 Restricted

---

**From:** Wilks, Kate <kwilks@TeamCenturion.com>
**Sent:** Sunday, July 7, 2024 2:40:18 PM
**To:** Siegert, Rona <rsiegert@idoc.idaho.gov>; Franks, Patrick <pfranks@idoc.idaho.gov>
**Cc:** McMilian, Tonya <tmcmilian@TeamCenturion.com>
**Subject:** GD medication taper

CAUTION: This email originated outside the State of Idaho network. Verify links and attachments BEFORE you click or open, even if you recognize and/or trust the sender. Contact your agency service desk with any concerns.

---

Ms Siegert and Mr Franks,

Because of Lavatta 110028 transferring from ISCI to IMSI in the middle of June, I didn't realize that his taper orders had not been entered. I'm entering them today. I have reviewed all of the GD pts to verify every other pt has the correct orders.

Thank you,

Kate Wilks, MD, CCHP-CP
Idaho Statewide Medical Director


centurion.
Healthcare beyond patient care,
healthcare for humanity.

Centurion Regional Office
8517 West Overland Road

Confidential                                    CENTURION0007198

---

Orm is the VP of Operations. She sends emails from her iPhone:

**From:** Orm, Wendy <wOrm@TeamCenturion.com>
**Sent:** Tuesday, October 22, 2024 9:43 AM
**To:** Idaho UMReferrals (Non-Active) <iumreferrals@TeamCenturion.com>
**Cc:** Gruhot, Morgan <mgruhot@TeamCenturion.com>; McMilian, Tonya <tmcmilian@TeamCenturion.com>; Weis, Jayme <jweis@TeamCenturion.com>; Isaak, Darren <disaak@TeamCenturion.com>; Ballard, Rebecca <rballard@TeamCenturion.com>
**Subject:** Re: Gender dysphoria surgery request-Mitchell, Daniel C.PID #: 0028953IDOC#: 62675

I'm also not sure how far we go once patient case goes to committee.
from Michael Bentley's email:

"In other words, when diagnosing gender dysphoria and prescribing hormone therapy, IDOC and Centurion should operate just as they did before HB 668 was adopted.

Note re Surgery: The order does not apply to surgical procedures because plaintiffs do not challenge that feature of the law. Accordingly, HB 668's ban on the use of state funds for gender-affirming surgeries remains in effect."

Sent from my iPhone
Wendy Orm


On Oct 22, 2024, at 07:28, Idaho UMReferrals (Non-Active) <iumreferrals@teamcenturion.com> wrote:

Also, just so I am clear, once it passes committee, is there not still legislation in place prohibiting the gender affirming surgeries? Or has that changed? Thank you,
Donna

**From:** Gruhot, Morgan <mgruhot@TeamCenturion.com>
**Sent:** Monday, October 21, 2024 6:34 PM
**To:** McMilian, Tonya <tmcmilian@TeamCenturion.com>; Idaho UMReferrals (Non-Active) <iumreferrals@TeamCenturion.com>; Orm, Wendy <wOrm@TeamCenturion.com>
**Cc:** Weis, Jayme <jweis@TeamCenturion.com>; Isaak, Darren <disaak@TeamCenturion.com>; Ballard, Rebecca <rballard@TeamCenturion.com>
**Subject:** Re: Gender dysphoria surgery request-Mitchell, Daniel C.PID #: 0028953IDOC#: 62675

Confidential                                                                                                                                           CENTURION0005118

Rino is the statewide Director of Nursing. She sends emails from her iPhone:

> **From:** Rino, Ashley <arino@TeamCenturion.com>
> **Sent:** Friday, December 13, 2024 12:36 PM
> **To:** Brown, Lyndsey <lbrown2@TeamCenturion.com>
> **Subject:** Re: GD clinic
>
> Hi Lyndsey.
> That is odd. Can you reach out to Jeremy Larrison?
> Sent from my iPhone
>
> On Dec 13, 2024, at 12:24 PM, Brown, Lyndsey <lbrown2@teamcenturion.com> wrote:
>
> I don't know if you can help me but the GD clinic on Monday when I try to open the calendar I can't see past 0930 I can't see when my patients are scheduled. I emailed Lori earlier, but I am trying to get my callout in for Monday.
>
> Lyndsey Brown, RN-BSN, CCHP
>
> Confidential                                                                                      CENTURION0007365

These are just a handful of examples that we have found so far in the production. Plaintiffs' position is that these messages are sufficient to establish that State Defendants and Centurion Defendants had a practice, custom, or culture of sending and receiving messages to and from their mobile devices. The contents of those devices are therefore likely to contain discoverable material. Plaintiffs' reiterate their request for the production of all cell phone/mobile device records, including call logs, voicemails, text messages (including from third party messaging apps) and any images or other documents contained on the phones. We request that all such material be produced by May 13 for priority custodians, and May 20 for non-priority custodians.

### 3. Structure and Duration of the 30(b)(6) Deposition

Plaintiffs reiterate their request that Defendants stipulate that a multi-day 30(b)(6) deposition will count as one deposition for the purposes of our 15-deposition limit. Plaintiffs anticipate a full day of testimony from Dr. Campbell on the topics previously noticed. Plaintiffs also intend to examine a separate 30(b)(6) designee on document retention and ESI preservation issues. Plaintiffs believe this should be treated as a single Rule 30(b)(6) deposition conducted over multiple sessions with different witnesses, rather than as two separate depositions. Below is the relevant authority supporting this position:

A Rule 30(b)(6) deposition is counted as a single deposition under the 10-deposition limit, regardless of the number of designated witnesses. *Dickinson Frozen Foods v. FPS Food Process Sols. Corp.*, No. 1:17-cv-00519-DCN, 2020 U.S. Dist. LEXIS 96698, at *19 (D. Idaho June 1, 2020) (citing Fed. R. Civ. P. 30(a)(2)(A), *Advisory Committee Notes to 1993 Amendment*). Moreover, each individual deposed under Rule 30(b)(6) for a given entity is subject to a separate seven-hour limit. Fed. R. Civ. P. 30(a)(2)(A), *Advisory Committee Notes on 2000 Amendments.*

### 4. Centurion's Reduction in Document Count/GD Tracker

Centurion's production decreased from approximately 11,000 to 5,800 documents based on privilege assertions and responsiveness determinations. Plaintiffs previously requested to review an

example of a weekly spreadsheet that Centurion withheld as non-responsive. Plaintiffs ask Centurion to provide a representative sample of that document now.

Plaintiffs preliminary review of Centurion's production suggests that there is a document called a "GD Tracker" that may be a list of all residents with GD. We have not been able to locate that document in the current productions. Plaintiffs request that the GD tracker be produced.

**5. Outstanding State Discovery**

The first wave of Dr. Campbell's emails were expected for production on March 28. Last week, Plaintiffs requested a status update and production timeline. State Defendants indicated that they are on track to produce the full set of Dr. Campbell's material by the previously discussed April 4th deadline. It appears that State Defendants just produced some documents today, April 10. Please request clarification as to what these documents are and whether they contain the full set of materials for Dr. Campbell and Chad Page.

**6. Outstanding Centurion Discovery**

Centurion produced material purporting to be the full set of documents responsive to Plaintiffs' First RFP (minus the cell phone/text message data) from the priority custodians. The next step is to produce the responsive material from the non-priority custodians. The originally discussed deadline for the non-priority custodian production was April 10, but we understand that Centurion is not on track to meet that deadline. Plaintiffs' request an update on the status of this production.

**7. Request for Stipulation to Further Preliminary Injunction**

Last week, we discussed the possibility of stipulating to a fourth preliminary injunction, given that Plaintiffs do not intend to offer any additional evidence in connection with the fourth motion for preliminary injunction. Plaintiffs request and update on this point.

**8. Confidentiality Tags**

Plaintiffs request clarification on what the confidentiality tags mean on the Centurion documents.

**9. Discovery Timeline and Request for Staffing Commitments**

Last week, we discussed the importance of adhering to a production schedule. State Defendants were not able to commit to all the deadlines set forth in the draft production schedule, but did commit to getting the documents for Dr. Campbell, Chad Page, and Rona Siegert would be produced by the dates set forth below. State Defendants did not produce any material on April 4 or April 8.

Plaintiffs request an update on when the material will be produced, and whether the State Defendants will be increasing the staffing on this case to help stick to the schedule below.

| Date | Event |
| --- | --- |

| | |
|---|---|
| 2025-04-04 | Dr. Walter Campbell – Full production due (Late) |
| 2025-04-08 | Chad Page – Full production due (Late) |
| 2025-04-08 | *Non-custodian specific material from Plaintiff's First RFP due for State Defendants and Centurion Defendants* (Late) |
| 2025-04-09 | All Centurion Custodians - Full production due in response to Plaintiff's First RFPs (per Centurion's previous commitment) (Late) |
| 2025-04-15 | Rona Siegert – Full production due |
| 2025-04-22 | Josh Tewalt – Full production due |
| 2025-04-29 | Heather Casady – Full Production due |
| 2025-05-06 | Timothy McKay* – Full production due |
| 2025-05-06 | *Non-custodian specific material from Plaintiff's Second RFP due for State Defendants and Centurion Defendants* |
| 2025-05-09 | Jennifer Tyvand* – Full production due |
| 2025-05-13 | Full Cell Phone Records for Priority Custodians Due for State Defendants and Centurion Defendants |
| 2025-05-13 | Derrek Governor* – Full production due |
| 2025-05-19 | Fact Witness Deposition 1 Placeholder |
| 2025-05-20 | Connie Smock* – Full production due |

| Date | Event |
|---|---|
| 2025-05-20 | All Centurion Custodians - Full production due in response to Plaintiffs' Second RFPs |
| 2025-05-20 | Full Cell Phone Records for Non-Priority Custodians Due for State Defendants and Centurion Defendants |
| 2025-05-26 | Fact Witness Deposition 2 Placeholder |
| 2025-05-26 | Fact Witness Deposition 3 Placeholder |
| 2025-05-27 | Jeremy Clark* – Full production due |
| 2025-06-02 | Fact Witness Deposition 4 Placeholder |
| 2025-06-02 | Fact Witness Deposition 5 Placeholder |
| 2025-06-03 | Laura Watson* – Full production due |
| 2025-06-09 | Fact Witness Deposition 6 Placeholder |
| 2025-06-09 | Fact Witness Deposition 7 Placeholder |
| 2025-06-10 | Bryan Gimmeson* – Full production due |
| 2025-06-16 | Fact Witness Deposition 8 Placeholder |
| 2025-06-16 | Fact Witness Deposition 9 Placeholder |
| 2025-06-17 | Krina Stewart* – Full production due |
| 2025-06-23 | Fact Witness Deposition 10 Placeholder |
| 2025-06-23 | Fact Witness Deposition 11 Placeholder |
| 2025-06-30 | Fact Witness Deposition 12 Placeholder |
| 2025-06-30 | Fact Witness Deposition 13 Placeholder |
| 2025-07-07 | Fact Witness Deposition 14 Placeholder |
| 2025-07-07 | Fact Witness Deposition 15 Placeholder |

*Names indicated with an asterisk are placeholders and Plaintiffs may request that the exact sequence of these names be changed as Plaintiffs receive additional information about the various custodians.

**10. GD and MTC Meeting Minutes**

It appears that only 10 GD Surgical Committee Meeting Minutes have been produced by Centurion.

And the most recent of those is January 2024. We don't have any MTC meeting minutes from IDOC. Plaintiffs request and update on these items.

**11. Informal Discovery Conference with Judge Nye's Clerk**

Plaintiffs remain concerned about the pattern of late productions from State Defendants, and the overall lack of material that has been produced in the 120 days since Plaintiffs' First RFP was served. We believe that the best way to resolve the parties' discovery issues is to schedule an informal discovery conference with Judge Nye's clerk, per the Judge's rules. We plan to contact the clerk on April 10 to begin the process of scheduling this conference. We would appreciate your cooperation in this process.

Best,

Harlan

**Harlan Mechling**

*Lane Powell has combined with Ballard Spahr.*

601 S.W. Second Avenue, Suite 2100
Portland, OR 97204-3158
503.778.2104 DIRECT

503.703.1043 MOBILE | mechlingh@ballardspahr.com

www.ballardspahr.com