| | |
|---|---|
| **From:** | Matthew Maurer |
| **To:** | Mechling, Harlan; Chaney, Kelley; Emily J. Mulcahy; Falcone, Stephanie; Aleesa McCormack; Paul Southwick - he/him/his; Christina M. Hesse |
| **Cc:** | David Myers; James Simeri |
| **Subject:** | RE: Robinson et al. - 13 Jun 25 Production |
| **Date:** | Friday, June 20, 2025 9:33:00 AM |
| **Attachments:** | image001.png |

Hi Harlan,

That's right, she said it would have to be an order from the Court.

Also, with respect to point 3 below, I agree Ms. De La Cruz suggested considering a request for expedited briefing. I would also add that she signaled the judge's openness to extending deadlines again if the parties are still working together productively, as we have been.

Have a good weekend.

Best,

Matt



**Matthew L. Maurer | Deputy Attorney General**
Civil Litigation and Constitutional Defense Division
Office of the Attorney General | State of Idaho
O: 208-332-3556 | W: ag.idaho.gov

---

**From:** Mechling, Harlan <MechlingH@ballardspahr.com>
**Sent:** Wednesday, June 18, 2025 6:22 PM
**To:** Matthew Maurer <Matthew.Maurer@ag.idaho.gov>; Chaney, Kelley <ChaneyK@ballardspahr.com>; Emily J. Mulcahy <ejm@dukeevett.com>; Falcone, Stephanie <falcones@ballardspahr.com>; Aleesa McCormack <asm@dukeevett.com>; Paul Southwick - he/him/his <psouthwick@acluidaho.org>; Christina M. Hesse <cmh@dukeevett.com>
**Cc:** David Myers <David.Myers@ag.idaho.gov>; James Simeri <James.Simeri@ag.idaho.gov>
**Subject:** RE: Robinson et al. - 13 Jun 25 Production

One more thing: I think Ms. De La Cruz framed the discovery on discovery deposition as something the Court itself would have to order, rather than something she can instruct the parties to do at a mediation. That is my interpretation.

**Harlan Mechling**

**Lane Powell has combined with Ballard Spahr.**

601 S.W. Second Avenue, Suite 2100
Portland, OR 97204-3158
503.778.2104 DIRECT

503.703.1043 MOBILE | mechlingh@ballardspahr.com

www.ballardspahr.com

**From:** Mechling, Harlan
**Sent:** Wednesday, June 18, 2025 5:17 PM
**To:** Matthew Maurer <Matthew.Maurer@ag.idaho.gov>; Chaney, Kelley <ChaneyK@ballardspahr.com>; Emily J. Mulcahy <ejm@dukeevett.com>; Falcone, Stephanie <falcones@ballardspahr.com>; Aleesa McCormack <asm@dukeevett.com>; Paul Southwick - he/him/his <psouthwick@acluidaho.org>; Christina M. Hesse <cmh@dukeevett.com>
**Cc:** David Myers <David.Myers@ag.idaho.gov>; James Simeri <James.Simeri@ag.idaho.gov>
**Subject:** RE: Robinson et al. - 13 Jun 25 Production

Thanks for drafting this up, Matt. I've added my notes in red.

**Harlan Mechling**

**Lane Powell has combined with Ballard Spahr.**

601 S.W. Second Avenue, Suite 2100
Portland, OR 97204-3158
503.778.2104 DIRECT

503.703.1043 MOBILE | mechlingh@ballardspahr.com

www.ballardspahr.com

**From:** Matthew Maurer <Matthew.Maurer@ag.idaho.gov>
**Sent:** Wednesday, June 18, 2025 4:38 PM
**To:** Mechling, Harlan <MechlingH@ballardspahr.com>; Chaney, Kelley <ChaneyK@ballardspahr.com>; Emily J. Mulcahy <ejm@dukeevett.com>; Falcone, Stephanie <falcones@ballardspahr.com>; Aleesa McCormack <asm@dukeevett.com>; Paul Southwick - he/him/his <psouthwick@acluidaho.org>; Christina M. Hesse <cmh@dukeevett.com>
**Cc:** David Myers <David.Myers@ag.idaho.gov>; James Simeri <James.Simeri@ag.idaho.gov>

**Subject:** RE: Robinson et al. - 13 Jun 25 Production

⚠️ **EXTERNAL**

Harlan,

I just wanted to follow up regarding the discovery mediation so we are on the same page about Ms. De La Cruz's direction to the parties. If I've gotten anything wrong, please let me know as soon as possible (NOTE: this will only cover State Defendants' issues, I will let Centurion address the issues related to them):

Discovery on discovery

1. Ms. De La Cruz recommended against a deposition regarding discovery on discovery, and expressed a preference to resolve the issue between the parties as a means of keeping the case moving along. To that end, she approved of our plan to re-do the previous productions through our new discovery platform (Everlaw), in the hopes that it will address your concerns about metadata. As an alternative (sorry I didn't mention this in the mediation), it occurred to me that it may be easier for you to just purchase a license for IPRO and review our productions there. As I said at the mediation, I am able to see all the metadata and fully search it in IPRO. I'm not sure how much a license costs, but I just wanted to throw that out there.

Plaintiffs' view is that Ms. De La Cruz didn't express an opinion or recommendation on whether a discovery on discovery deposition was necessary. She did decline to instruct State Defendants to take any specific action on that issue. And she also instructed us to meet and confer to try to avoid motion practice, if possible.

In-camera review

2. Ms. De La Cruz noted that Judge Nye is generally averse to in-camera review particularly on a large batch of documents. The Court's preferences is for the parties to provide a discovery log (which we have already done here), and if there are still concerns/disputes, to make any requests for in-camera review extremely specific.

Agreed on these points.

Timelines

3. Finally, Ms. De La Cruz advised that if any of the discovery matters are going to be litigated, October 2025 would be the earliest the parties should expect any decision, based on Judge Nye's very busy docket. She encouraged the parties to work to resolve issues if at all possible to avoid unnecessary motion practice.

Agreed. And she noted that we should consider an expedited briefing schedule on any discovery motion given the October 6th discovery deadlines.

Best,

Matt



Matthew L. Maurer | Deputy Attorney General
Civil Litigation and Constitutional Defense Division
Office of the Attorney General | State of Idaho
O: 208-332-3556 | W: ag.idaho.gov

---

**From:** Mechling, Harlan <MechlingH@ballardspahr.com>
**Sent:** Friday, June 13, 2025 7:43 PM
**To:** Matthew Maurer <Matthew.Maurer@ag.idaho.gov>; Chaney, Kelley <ChaneyK@ballardspahr.com>; Emily J. Mulcahy <ejm@dukeevett.com>; Falcone, Stephanie <falcones@ballardspahr.com>; Aleesa McCormack <asm@dukeevett.com>; Paul Southwick - he/him/his <psouthwick@acluidaho.org>; Christina M. Hesse <cmh@dukeevett.com>
**Cc:** David Myers <David.Myers@ag.idaho.gov>; James Simeri <James.Simeri@ag.idaho.gov>
**Subject:** RE: Robinson et al. - 13 Jun 25 Production

Thanks, Matt. Have a nice weekend.

### Harlan Mechling

*Lane Powell has combined with Ballard Spahr.*

601 S.W. Second Avenue, Suite 2100
Portland, OR 97204-3158
503.778.2104 DIRECT

503.703.1043 MOBILE | mechlingh@ballardspahr.com

www.ballardspahr.com

---

**From:** Matthew Maurer <Matthew.Maurer@ag.idaho.gov>
**Sent:** Friday, June 13, 2025 3:49 PM
**To:** Mechling, Harlan <MechlingH@ballardspahr.com>; Chaney, Kelley <ChaneyK@ballardspahr.com>; Emily J. Mulcahy <ejm@dukeevett.com>; Falcone, Stephanie <falcones@ballardspahr.com>; Aleesa McCormack <asm@dukeevett.com>; Paul Southwick -

he/him/his <psouthwick@acluidaho.org>; Christina M. Hesse <cmh@dukeevett.com>
**Cc:** David Myers <David.Myers@ag.idaho.gov>; James Simeri <James.Simeri@ag.idaho.gov>
**Subject:** Robinson et al. - 13 Jun 25 Production

⚠ **EXTERNAL**

All,

The below link contains responsive documents from IDOC's shared network drives. As mentioned in a separate email thread, we are experiencing some delays in transitioning to a new discovery platform. So additional documents from IDOC's Sharepoint and non-priority email custodians are forthcoming early next week.

[PROD_VOL011](#)

I will send a follow-up email with the password. As always, if there's some issue with accessing the link, please let me know ASAP.

Best,

Matt



**Matthew L. Maurer | Deputy Attorney General**
Civil Litigation and Constitutional Defense Division
Office of the Attorney General | State of Idaho
O: 208-332-3556 | W: ag.idaho.gov

**NOTICE:** This message, including any attachments, is intended only for the individual(s) or entity(ies) named above and may contain information that is confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, please reply to the sender that you have received this transmission in error, and then please delete this email.