| | |
|---|---|
| **From:** | Matthew Maurer |
| **To:** | Mechling, Harlan |
| **Cc:** | Chaney, Kelley; Paul Southwick - he/him/his; French, Pilar C.; Gales, Antonia; Mercado, Nick |
| **Subject:** | RE: ACLU - Robinson: 07.30.25 ESI Meeting Agenda - IDOC |
| **Date:** | Monday, August 4, 2025 5:23:00 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |

Harlan,

My additions are below. In particular, I spoke with IDOC about the suicide information and they came up with a solution. Would you be willing to narrow the window to information from 1 Jan 24 to present?

Thanks,

Matt



**Matthew L. Maurer | Deputy Attorney General**
Civil Litigation and Constitutional Defense Division
Office of the Attorney General | State of Idaho
O: 208-332-3556 | W: ag.idaho.gov

---

**From:** Mechling, Harlan <MechlingH@ballardspahr.com>
**Sent:** Monday, August 4, 2025 1:38 PM
**To:** Matthew Maurer <Matthew.Maurer@ag.idaho.gov>
**Cc:** Chaney, Kelley <ChaneyK@ballardspahr.com>; Paul Southwick - he/him/his <psouthwick@acluidaho.org>; French, Pilar C. <FrenchP@ballardspahr.com>; Gales, Antonia <GalesA@ballardspahr.com>; Mercado, Nick <MercadoN@ballardspahr.com>
**Subject:** RE: ACLU - Robinson: 07.30.25 ESI Meeting Agenda - IDOC

Matt,

My notes on our last conferral in red below. Let me know if I got anything wrong.

Best,

Harlan

**Harlan Mechling**

*Lane Powell has combined with Ballard Spahr.*

601 S.W. Second Avenue, Suite 2100
Portland, OR 97204-3158
503.778.2104 DIRECT

503.703.1043 MOBILE | mechlingh@ballardspahr.com

www.ballardspahr.com

---

**From:** Mechling, Harlan
**Sent:** Wednesday, July 30, 2025 12:57 PM
**To:** Matthew Maurer <matthew.maurer@ag.idaho.gov>
**Cc:** Chaney, Kelley <ChaneyK@ballardspahr.com>; Gales, Antonia <GalesA@ballardspahr.com>; Mercado, Nick <MercadoN@ballardspahr.com>
**Subject:** ACLU - Robinson: 07.30.25 ESI Meeting Agenda - IDOC

Matt,

Below is the proposed agenda for today:

**1.  Scheduling Depositions September Through December**

Plaintiffs propose that we send specific dates to State Defendants rather than have State Defendants ask each custodian for availability.

<span style="color:red">State Defendants were amenable to this arrangement.</span>

**2. Production of Remaining Non-Priority Custodians**

When can we expect this remainder of this production?

State Defendants are working on this production and expect it to be ready within a week.

### 3. Grievances/Concern Forms/Incident Reports

Plaintiffs issued a request last week relating to the production of:

- Health Services Request Forms (HSRs); (Relating to HRT or GD)
- Concern Forms (Relating to HRT or GD)
- Grievances (Relating to HRT or GD)
- Incident Reports (Relating to HRT or GD)
- Grievance Response (Relating to HRT or GD)
- Grievance Transmittal Forms (Relating to HRT or GD)
- Any reports, compilations, or spreadsheets tracking the above documents.

Any updates on this production?

State Defendants indicated that they have pulled most of these documents and expect the production to be ready within a week. State Defendants are still gathering the concern forms, which will likely have to be a separate production at a later date.

Concern forms were received today, so production includes the entirety of the requested materials.

### 5. HRT Assessments + Reports of Self-Harm / Suicide

Plaintiffs requested full suicide/self-harm information, which they could then cross-reference with the list of transgender/gender dysphoric residents. State Defendants were amenable to this request, but wanted to ensure sensitive information would not be unnecessarily disclosed.

The parties discussed State Defendants' confidentiality concerns relating to sharing the suicide/self-harm lists. State Defendants agreed that this type of material could likely be produced pursuant to the existing protective order. But State Defendants indicated that they need to look at the existing protective order before giving final confirmation that this material will be produced. Plaintiffs requested a response by the next conferral.

After discussing with IDOC, they have a plan to collect just the suicide/self-harm events that pertain to GD/transgender population. This will take little more time for IDOC to collect, but it will avoid having to release sensitive, non-relevant information. If we can shrink the timeframe for the request, that could help expedite. Are Plaintiffs amenable to records from 1 Jan 2024 through the present?

### 6. Claw Back Request

Plaintiffs will circulate their proposal for a less redacted version of the email and document in question.

Plaintiffs will be sending this document over shortly.

### 7. Search Term Hit List of Josh Tewalt

Any updates on this request?

State Defendants indicated that they need to talk with their IT specialists to determine the best way to produce an updated hit list for Josh Tewalt. Plaintiffs reiterated that they need this information so they can revise the search terms and get a meaningful production for Josh Tewalt.

### 8. Updated Medical Records

Plaintiffs request updated medical records for Singer, Lysiak, and Karmen by Monday, August 4, 2025.

State Defendants indicated that this was feasible and that State Defendants would try to accommodate this request.

These have been requested.

### 9. Subpoenaing Josh Tewalt's Phone Records

The parties discussed their positions on subpoenaing Josh Tewalt's phone records from Verizon. Plaintiffs need to know Tewalt's phone number in order to subpoena Verizon. State Defendants are not willing to share this information. Plaintiffs explained that this information is discoverable and should have been produced as part of the initial disclosures—or as a supplement to the initial disclosures. Plaintiffs asked whether Plaintiffs will need to serve a formal discovery request for this information. State Defendants indicated that they would be seeking a protective order to prevent the disclosure of Josh Tewalt's former phone number.

Best,

Harlan
**Harlan Mechling**