Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso*
Leslie Cooper*
Alexandra R. Johnson*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org
lcooper@aclu.org
a.johnson@aclu.org

Pilar C. French*
Harlan Mechling*
Carlisle S. Pearson*
Chloe Nakaya**
BALLARD SPAHR LLP
601 S.W. Second Avenue, Suite 2100
Portland, OR 97204
Tel: (503) 778-2100
frenchp@ballardspahr.com
mechlingh@ballardspahr.com
pearsoncs@ballardspahr.com
nakayac@ballardspahr.com

*Admitted *pro hac vice*
** Application for admission *pro hac vice* pending

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **KATIE ROBINSON**, et al.,<br>*Plaintiffs*,<br>v.<br>**RAÚL LABRADOR**, et al.,<br>*Defendants*. | Case No. 1:24-cv-00306-DCN<br>**PLAINTIFFS' MOTION FOR SIXTH PRELIMINARY INJUNCTION** |

Plaintiffs request this court issue a new Preliminary Injunction mirroring its August 29, 2025, Preliminary Injunction prior to December 1, 2025—the current injunction's 90-day expiration date under

the Prison Litigation Reform Act ("PLRA").[1] 18 U.S.C. § 3626(a)(2) ("Preliminary injunctive relief shall automatically expire on the date that is 90 days after its entry, unless the court makes the findings required under subsection (a)(1) for the entry of prospective relief and makes the order final before the expiration of the 90-day period.").

      This motion is based on the attached memorandum of law in its support.

Dated: October 31, 2025

Respectfully submitted,

/s/ *Emily Myrei Croston*
Emily Myrei Croston (ISB No. 12389)

ACLU of Idaho Foundation

---

[1] While the Court's order was entered and opinion filed on August 29, 2025, the injunction was set to take effect September 2, 2025, *see* Dkt. 150 at 9, n.4, making December 1, 2025 its 90-day expiration date.