UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KATIE ROBINSON, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>RAÚL LABRADOR, et al.,<br><br>*Defendants*. | Case No. 1:24-cv-00306-DCN<br><br>**ORDER** |

Plaintiffs moved the court pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 6(c)(1)(C), for an order modifying the briefing schedule and expediting a decision on their planned Motion for Sixth Preliminary Injunction. Defendants do not oppose Plaintiffs' Motion. Good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Motion (Dkt. 166) is **GRANTED**. Plaintiffs' Motion for Sixth Preliminary Injunction is due on **October 31, 2025**. Defendants' Response to Plaintiffs' Motion for Sixth Preliminary Injunction is due on **November 12, 2025**. Plaintiffs' Reply in support of their Motion for Sixth Preliminary Injunction is due on **November 19, 2025**. The Court will render its decision on Plaintiffs' Motion for Sixth Preliminary Injunction on or before December 1, 2025 (effective upon expiration of current preliminary injunction on December 1, 2025).

DATED: November 3, 2025

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 1