Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Chase B. Strangio*
Malita Picasso*
Leslie Cooper*
Alexandra R. Johnson*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
cstrangio@aclu.org
mpicasso@aclu.org
lcooper@aclu.org
a.johnson@aclu.org

Pilar C. French*
Harlan Mechling*
Antonia Gales*
Chloe Nakaya*
BALLARD SPAHR LLP
601 S.W. Second Avenue, Suite 2100
Portland, OR 97204
Tel: (503) 778-2100
frenchp@ballardspahr.com
mechlingh@ballardspahr.com
galesa@ballardspahr.com
NakayaC@ballardspahr.com

*Admitted pro hac vice

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **KATIE ROBINSON**, et al., <br><br>*Plaintiffs*, <br><br>v. <br><br>**RAÚL LABRADOR**, et al., <br><br>*Defendants*. | Case No. 1:24-cv-00306-DCN <br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR MODIFIED BRIEFING SCHEDULE AND EXPEDITED DECISION ON PLAINTIFFS' MOTION FOR SEVENTH PRELIMINARY INJUNCTION** |

    Plaintiffs respectfully move the court pursuant to Federal Rule of Civil Procedure 6(c)(1)(C), for an order expediting any necessary briefing and consideration of their forthcoming Motion for a Seventh Preliminary Injunction.

Plaintiffs request that the Court establish a briefing and decision schedule which permits decision prior to March 1, 2026, the expiration date of the current preliminary injunction. The parties will abide by the court's chosen schedule; however, the parties have discussed and would consent to the following briefing schedule:

- Plaintiffs' Motion for Seventh Preliminary Injunction due February 6, 2026;
- Defendants' Response to Plaintiffs' Motion due February 16, 2026;
- Plaintiffs' Reply ISO Motion due February 23, 2026.

This schedule is unopposed and substantially similar to prior preliminary injunction briefing schedules. *See, e.g.*, Dkts. 82, 131. As such, Plaintiffs submit this motion without an accompanying memorandum in support. District Loc. Rule Civ 7.1(b)(1) (permitting a motion without accompanying brief in "routine or uncontested matter[s]").

Dated: January 27, 2026                                    Respectfully submitted

*/s/ Emily Myrei Croston*
Emily Myrei Croston

ACLU of Idaho Foundation