UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

COLE ROBINSON, et al.,

Plaintiffs,

v.

RAUL LABRADOR, et al.,

Defendants.

Case No. 1:24-cv-00306-DCN

**MEMORANDUM DECISION AND ORDER**

## I. DISCUSSION

Before the Court is Plaintiffs' Ninth Motion for Preliminary Injunction. Dkt. 215. The Motion seeks the same relief as the Court's eight previously issued preliminary injunctions (Dkts. 58; 95; 120; 137; 150; 180; 186; 204): an injunction prohibiting Defendants[1] from denying them gender affirming medical interventions.[2] For the same reasons set forth in the Court's previously issued preliminary injunctions, the Court finds the *Winter* factors continue to justify maintaining the status quo under the circumstances and GRANTS Plaintiffs' Ninth Motion for Preliminary Injunction.

[1] The "State Defendants" are several Idaho state officials, all sued in their official capacities: Brad Little, Governor of the State of Idaho; Raul Labrador, Idaho Attorney General; Josh Tewalt, Director of the Idaho Department of Corrections; and Bree Derrick, Deputy Director of the Idaho Department of Corrections. Defendants Centurion Health and Centurion of Idaho, LLC (together, "Centurion"), which provide medical care for prisoners in state custody, do not oppose Plaintiffs' Motion.

[2] Because oral argument would not significantly aid its decision-making process, the Court will decide the motion on the briefing. Dist. Idaho Loc. Civ. R. 7.1(d)(1)(B).

## II. ORDER

The Court HEREBY ORDERS:

1. Plaintiffs' Ninth Motion for Preliminary Injunction (Dkt. 215) is GRANTED.
2. The Court enjoins enforcement of Idaho Code § 18-8901's prohibition on the use of state funds for purposes of providing hormone therapy as against the class for 90 days from the entry of this Order.

DATED: September 14, 2026

David C. Nye
U.S. District Court Judge